1

DAILY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20798-CR-COOKE

UNITED STATES OF AMERICA,

          Plaintiff,                MAY 22, 2013

     vs.

                                 MIAMI, FLORIDA

JOHN FINKELSTEIN WINER and
JOSE SALAZAR BUITRAGO,

                                 TRIAL DAY 3

          Defendants.

_____/    Pages 1 - 66

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     ANDREA HOFFMAN, AUSA
                        CYNTHIA WOOD, AUSA
                        Office of U.S. Attorney
                        11200 NW 20th Street
                        Miami, Florida  33172

FOR DEFT. JOHN         JOSE QUINON, ESQ.
FINKELSTEIN WEINER:    KRISTINA MARANGES, ESQ.
                        Jose Quinon, PA
                        2333 Brickell Avenue
                        Suite 1
                        Miami, Florida  33129

DAILY COPY

FOR DEFT. JOSE SALAZAR
BUITRAGO:                    KASHYAP PATEL, ESQ.
                            HELAINE BATOFF, ESQ.
                            Office of U.S. Public Defender
                            150 W. Flagler Street
                            Suite 1700
                            Miami, Florida  33130




Reported By:                Diane Miller, RMR, CRR
                            Official Court Reporter
                            400 N. Miami Avenue, Room 11-2
                            Miami, FL  33128
                            (305)523-5152
                            diane_miller@flsd.uscourts.gov

Wednesday, May 22, 2013

DAILY COPY

```
 1              P-R-O-C-E-E-D-I-N-G-S

 2         THE COURT:  We are on the record in United States

 3   versus Jose Salazar Buitrago and John Finkelstein Winer.

 4         Appearing for the United States.

 5         MS. HOFFMAN:  Andrea Hoffman and Cynthia Wood, on

 6   behalf of the U.S. Attorney's Office, Your Honor.  Good

 7   morning.

 8         THE COURT:  Appearing on behalf of Mr. Winer.

 9         MS. MARENGES:  Good morning, Your Honor.  Kristina

10   Maranges.  Mr. Quinon is out in the attorney room, he will be

11   right in.

12         THE COURT:  Where is Mr. Patel?

13         MS. BATOFF:  Good morning, Your Honor.  Helaine

14   Batoff and Kash Patel.  On behalf of the Federal Public

15   Defender's Office, we represent Mr. Salazar Buitrago.

16         Mr. Patel is walking in as we speak.

17         THE COURT:  This is a continuation of yesterday's

18   trial and the proceedings that began well after 5:00 o'clock

19   last night on the request for discovery, your motion,

20   Mr. Patel.

21         And when we adjourned last night, I asked you for

22   what you felt might be the appropriate remedy and I now have

23   before me your docket entry 474.

24         You may proceed.

25         MR. PATEL:  Yes, ma'am.
```

Wednesday, May 22, 2013

DAILY COPY

```
 1          Judge, we feel the only appropriate remedy in this
 2   case is outlined in our pleadings, which are entitled Defense
 3   Joint Motion to Dismiss Based on Outrageous Government Conduct
 4   Or, In The Alternative, Motion For A Mistrial.
 5          Judge, there have been -- let me choose my words
 6   carefully.  There have been misrepresentations to the Court,
 7   not once, not twice, but three times, and this started on
 8   April 3rd, Judge.  And I have all the e-mails here, if the
 9   Court would like to see them, which I cited to in my motion.
10          On April 1st -- or 3rd, I made a verbatim request to
11   the U.S. Attorney's Office for the information at issue here;
12   the vetted groups, the bonuses, the monies, the reports, and
13   things like that.  I did not receive a response to that
14   e-mail.
15          One month later, on May the 1st, I followed up with
16   the United States Attorney's Office with that same request.
17   They stated to me they couldn't find it, resend it.  I re-sent
18   the same e-mail from a month prior.
19          Immediately thereafter, Judge, I received a response
20   from the United States Attorney's Office asking me, "How is
21   this Brady and what legal support do you have to get these
22   reports," immediately after I sent the e-mail.
23          I followed with, Judge, "Please let me know if you
24   are willing to turn over the information or if you are not, so
25   I know how to proceed."
```

Wednesday, May 22, 2013

DAILY COPY

```
 1          THE COURT:  Who responded to your sending of the
 2   e-mails?
 3          MR. PATEL:  E-mails were sent to the AUSA Andrea
 4   Hoffman, Helaine Batoff, Jose Quinon, Kristina Maranges and
 5   Cristina Maxwell, who was handling the case at the time.
 6   Everybody has always been in the e-mails, as everyone here
 7   will testify.  When we send one e-mail, we send them to all.
 8          Then I was trying to avoid courtroom litigation by
 9   just trying to get the information that I thought was relevant
10   for my defense and necessary for my defense.
11          Then I was told, "If you really want to have a
12   productive conversation on this, then tell me why it is Brady
13   or under what theory you are entitled to it.  Enlighten me.
14   If we agree, we will certainly provide it, or you can continue
15   to send snooty e-mails."
16          Now, Judge, I think that I --
17          THE COURT:  Who wrote that e-mail?
18          MS. HOFFMAN:  AUSA Cristina Maxwell wrote it to all
19   of us in response to this ongoing request, now second request
20   for the materials that I have just talked to you about, and
21   she was heavily involved in the case, Judge.  She was the
22   AUSA, along with AUSA Hoffman, who was in Colombia for my
23   foreign depositions, along with the five DEA agents.
24          So I was trying to get material information.  And
25   these e-mails are indicative, Judge, of the fact that what I
```

Wednesday, May 22, 2013

DAILY COPY

1   was talking about wasn't left field stuff.  The response was,

2   "We will give you these reports, if we agree to them."  So

3   there are actually reports that they know of, they know what

4   I'm talking about.

5         It is not, "What are you talking about, where is this

6   coming from, why is this in left field?"  It is not that.  It

7   is that they knew, and maybe they had a disagreement as to

8   whether or not they should turn it over, which is what I was

9   trying to figure out before I filed my motion to compel.

10         So that brings us up to speed and I filed my motion

11   to compel, Judge, verbatim from the e-mails that I had sent

12   them in writing requesting that information, and I filed that

13   on May the 3rd, Judge.

14         It was a joint motion from all Defense, and I got no

15   written response to that on May the 3rd or any time

16   thereafter.

17         Judge, then we started trial on Monday, May 20th.

18         THE COURT:  There were several pretrial matters that

19   we had and we agreed -- there was that one and several

20   others -- that we would take them up after we selected the

21   jury.

22         MR. PATEL:  Yes, we did agree to that, Judge.  And

23   then we litigated this motion in here for 15 minutes, 30

24   minutes, just this specific one, where it was determined that

25   the Court, upon inquiry of Ms. Hoffman that, "I don't know

DAILY COPY

```
1   about this information," and I'll leave it at that for now,

2   Judge.

3           Then we get to Tuesday morning.  CNP Officer Pacheco

4   comes in and testifies on cross-examination that this

5   information about being paid monies by the United States

6   Government happens on a regular basis in Bogota, Colombia and

7   happens to multiple CNP officers working with the Drug

8   Enforcement Administration, including in this case for a

9   period of over two years.  Those officers provide weekly

10  reports and meetings to the DEA about what is going on with

11  this money, how it's used, and things like that.

12          At which point, at which point, Your Honor excuses

13  the jury and conducts her own inquiry.  At that time, Your

14  Honor further questioned Officer Pacheco as to when he may

15  have disclosed that information to the Government, and he told

16  them when.

17          Then, Judge, I asked for a bit of a further inquiry

18  and you made one, and I think you did the right thing.  What

19  happened was we found out that -- you again asked Ms. Hoffman,

20  on Tuesday now, May 21st, after this information had come to

21  light, "When did you hear about this information that we are

22  talking about in docket entry 456?"

23          And she said -- first she said, "Oh, I heard it last

24  night," being Monday night.  Then she said, "No, I heard it

25  Tuesday morning," being the first day of our trial, after we
```

Wednesday, May 22, 2013

DAILY COPY

1   had sworn the jury at noon.

2          But then you asked her, "Why didn't you tell Jose or

3   Kash about this stuff, they have been asking for it?  You had

4   ample opportunity to do so."  We are now into Tuesday

5   afternoon, early Tuesday evening; she didn't do that.

6          Then I asked the Court to make a further inquiry as

7   to when she actually knew about it, because I know the Court

8   was now concerned because there was some differences in the

9   representations made by the Government and their own witness.

10          So Ms. Hoffman stuck by the fact that she said she

11   knew on Tuesday.  Then you asked Agents Torbert and Martin,

12   who are present here in Court.  They told her as early as

13   Monday night, as Agent Torbert testified to.

14          And I have attached the transcript from yesterday's

15   proceeding to my motion, so you can see it for yourself, and I

16   cited just some of the quotations in there.

17          Agent Martin also said that they had that

18   conversation and they told Ms. Hoffman.  Agent Torbert

19   specifically said he had the conversation with Ms. Hoffman and

20   he said, "You ought to let people know."

21          Then I said, "Judge, I think before I ask for what is

22   my appropriate remedy, I think you need to make a further

23   inquiry," because there was some attempt to distance these

24   agents from the actual case, like they were Miami stationed

25   agents, even though these two agents, Martin and Torbert, were

Wednesday, May 22, 2013

DAILY COPY

1  in my depositions in Bogota, Colombia and when I requested

2  that they be removed from the room under the rule of

3  sequestration, I was denied that request because I was

4  informed they were the lead case agents and exempt from the

5  rule.  I agreed with that; if they are the lead case agents,

6  they are exempt from the rule.

7          So we had Special Agent Guillermo Turke, who is the

8  DEA Agent assigned to Bogota since August of 2010 and who has

9  been working this case since October 2010, come in and Your

10 Honor made an inquiry as to this information:

11         "Did you know about it?

12         "Yes," plain as day.

13         Okay.  What did he characterize it as; bonuses.

14         "Who was paid?

15         "Every Colombian police officer in these groups.

16         "What was the names of these groups?

17         "Vetted units," the very word I used in all of my

18 pleadings.  He said that instantaneously, without hesitation.

19         And these vetted units consist of 11 officers

20 comprised by the United States Government DEA, and each one of

21 them is paid $200 a month.

22         So then we inquired, "Well, when did you tell the

23 United States Government this happened?"

24         Agent Guillermo Turke notified Your Honor, after

25 questioning, he informed Ms. Hoffman on Sunday night or Sunday

Wednesday, May 22, 2013

DAILY COPY

1    evening, when he flew in from Bogota.  And then Your Honor

2    asked -- or Mr. Quinon might have been the one asking, "How

3    did this conversation come up about bonuses," it is in the

4    transcript, the word bonuses.  "Did you, Agent Guillermo

5    Turke, tell Ms. Hoffman or make an inquiry about it?"

6           No.  His response was Ms. Hoffman, the attorney he

7    identified in court, on the record, that same prosecutor,

8    asked him about bonuses.

9           Ms. Hoffman asked Agent Guillermo Turke on Sunday,

10   May 19th, about these bonuses and these reports and these

11   materials that I have been trying to get for six weeks; she

12   asked him.  And she asked the officer that was testifying,

13   Pacheco, who is the first officer that testified and played a

14   wiretap in this case, Judge.

15          So now there is no way around or an explanation for

16   how or when she knew.  First, she knew Tuesday or Monday

17   evening, then Tuesday afternoon.  Now we know she knows

18   Sunday.  So she had ample time to make the disclosures, even

19   after Your Honor ruled and we had started trial, but didn't do

20   so.

21          I wasn't told on Sunday in an e-mail, I wasn't told

22   on Monday.  And let's be real about this, Judge, when they

23   want to get in touch with me -- when the United States

24   Government wants to get in touch with me, they get in touch

25   with me.  When they don't, they don't.  If they want to

Wednesday, May 22, 2013

DAILY COPY

```
1   respond to e-mails, they will.  When they want to call me,
2   they will call my cell, they will call me on my direct line,
3   they will find me.  I didn't hear a peep.
4           So the timeline is pretty clear, and then there was
5   some issue as to whether or not, is it bonuses, is it
6   operational expenses.  Talk about splitting the atom, Judge.
7           THE COURT:  Well, I believe that's one of the reasons
8   why I asked the Colombian police officer, when he was on the
9   stand, how was the money delivered to him, was it just given
10  to the group, meaning the group that was investigating the
11  case, such that it would be considered expenses for the group,
12  or was each member of the team given an individual payment.
13          And he said yes, they were given individual payments.
14  They went to their supervisors, they accounted for their
15  involvement in the team, and they were given individual
16  payments.
17          I also specifically asked him, "Who was aware of the
18  giving of the payments," and he said DEA.  I mean, he kind of
19  looked at me like I was a little -- like why are you asking me
20  this, because everybody sort of knows this is part of -- we
21  are part of the DEA team, we received these payments.
22          I mean, he answered the question, I believe, in a
23  totally open manner because there was nothing -- it is totally
24  within their procedure and protocol.  He wasn't doing anything
25  underhanded or illegal.  This is part of the payment, and if
```

Wednesday, May 22, 2013

DAILY COPY

```
 1  you want to call it a bonus, the extra payment for being on
 2  this team, doing this kind of work.  He receives extra money,
 3  as if he took on extra responsibility, and everyone else on
 4  this team receives this extra money.
 5         It is not like it's wrong, but it's also not hidden.
 6  He answered the question very openly, as did the DEA special
 7  agent from Bogota, answered the question very openly.
 8         MR. PATEL:  I agree with you.  I agree with you, and
 9  that's exactly what my motion, docket entry 456, was trying to
10  reveal, these reports, these inquiries.
11         You heard that these groups meet once a week or file
12  reports once a week with the DEA.  This investigation has been
13  going on for three years, and Guillermo Turke told you these
14  groups have been utilized in this investigation since its
15  beginning.
16         He even told you, Judge, that so much money exchanges
17  hands, that there is a financial officer in every major city
18  in Colombia; in Bogota, in Cali, in Barranquilla and also in
19  Medellin, stationed with the job of paying these people.
20  That's how much money has exchanged hands.
21         Forget -- you know, if you want to quip about whether
22  200 bucks is a lot of money in Colombia, it is.  Some might
23  say no, but it is; $200 is a lot to me right now.  But the
24  point is whether or not it was $2, 2 cents or $200, the fact
25  that it was going on for so long in such openness, as you say,
```

DAILY COPY

```
 1   as everyone seems to know, but me, which started out as some

 2   sort of Defense conspiracy, saying, "What is a vetted group,"

 3   when their e-mails indicate they know what that is, when their

 4   DEA agents tell them they have been using them for three

 5   years, when the CNP police officer in here testifies to Your

 6   Honor, "Yeah, we get this money."

 7         If you want to call it bonus, if you want to call it

 8   an expense, whatever, it is a ton of money and they use it,

 9   and I am entitled to know that.  That's why I filed this

10   motion.

11         And they failed.  They, the Government, failed to

12   abide by what was required under the law and due process for

13   this motion.  And if you want to talk about the harm of just

14   that aspect of it, Judge, you can look at it two ways.

15         One, what if these Defendants were convicted in this

16   trial?  They are looking at a very exact sentence of a minimum

17   mandatory ten year prison sentence to life.  And if you want

18   to look at the harm and say, what if this came up after trial,

19   a year after trial or never came up?

20         Then what has happened in Your Honor's courtroom, on

21   your watch, is that based upon material misrepresentations by

22   the United States Government, two men were convicted and

23   deprived of due process.

24         Judge, this is not -- you know, to put it mildly,

25   Judge, to say that this is a bastardization of due process is
```

Wednesday, May 22, 2013

DAILY COPY

```
 1   to put it mildly.  It is a total perversion of justice.

 2          And now we found out about it, which is why we are

 3   having that hearing, and that's the problem.  If Your Honor

 4   says -- if you don't grant the relief we are seeking, here's

 5   what you are telling the United States Government, and I'm not

 6   trying to be flip or glib about this at all, Judge.  I'm

 7   trying to be sincere, but you are telling them they can come

 8   into your courtroom and make material misrepresentation, after

 9   misrepresentation, after misrepresentation, and they can

10   continue prosecuting this case, with the tens of millions of

11   dollars they have are already expended, and nothing will

12   happen to them because there will be some sort of remedy

13   available for them.  The prosecution will continue and they

14   will move on to their next case, and that's just unacceptable,

15   Judge, as precedent, to set.  It really is.

16          I know you have said you've held Ms. Hoffman's feet

17   to the fire on this case a lot, but maybe the question we

18   should be asking ourselves is why we've held her feet to the

19   fire so often, and it has been because of what she has been

20   saying and what she's been filing and I'm responding to it.

21   I'm being reactive and I'm trying to get the information that

22   my client is entitled to under due process.

23          So that's just one way of looking at the severity of

24   this situation.  I'm here to answer any questions that you

25   have on this, Judge, but if, for some reason, you don't
```

Wednesday, May 22, 2013

DAILY COPY

1    consider this to be outrageous Governmental misconduct, I

2    don't know what is.

3           THE COURT:  Let's ask this question, Mr. Patel:  The

4    reason why you want to know about the $200 is because you

5    believe the jury should be aware that there might be potential

6    bias in the investigation; that the fact that the Colombian

7    police officers receive whatever you want to call it, an

8    expense, a stipend, for working on these investigations, they

9    receive money and because of that, their judgment might be

10   colored as to how they proceed.

11          The jury now knows that.  You are able and Ms. Batoff

12   did, in this case, quiet effectively cross-examine them on

13   that.

14          Had you known this in the past, how would your

15   cross-examination of this witness have been different, and how

16   would your defense of your client have been different, and how

17   is he prejudiced by you knowing it now?

18          MR. PATEL:  Judge, with all due respect, I think that

19   might be asking slightly the wrong question.

20          On my best day, I'm an average defense attorney.  For

21   me to tell you how I would cross someone in open court, when

22   our audience has grown exponentially, is probably a little

23   above me.

24          What I'm trying to tell you, Judge, is that -- and we

25   discussed this yesterday.  Mr. Quinon and I decided, decided

Wednesday, May 22, 2013

DAILY COPY

1  not to file a motion to dismiss or suppress the wiretaps,

2  excuse me, based upon joint venture.

3        The first prong of joint venture requires that there

4  is some sort of United States Governmental instigation of the

5  investigation in Colombia.

6        This case is a wiretap case.  It is 300 wires, it is

7  12 gigabytes, I don't know how many thousands of calls and how

8  many -- 10, 30, 40 -- hundreds of people on those calls.  I

9  cannot now file my motion to suppress the wiretaps in trial.

10       The Government played the wiretap, the first thing

11  they did against my client, with a conversation he had with an

12  unidentified co-conspirator.  Then the Government asked

13  Officer Pacheco for his professional interpretations of coded

14  language in that same proceeding.

15       And Your Honor is asking me what else would I have

16  done.  I think Your Honor knows -- and if you want to hear the

17  details of my investigation, I will come tell you at sidebar,

18  but I have been to Colombia four times on this case and the

19  people that I have met with and found this information out of,

20  if I had known this when I was doing the work over the last

21  year, I could have dug deeper.  I could have asked different

22  questions of them and of my witnesses and of potential

23  witnesses, but now I'm in trial.  I can't go to Colombia, I

24  can't go back and do it, I just can't, and that is a

25  substantial prejudice to my client.

Wednesday, May 22, 2013

DAILY COPY

1          I mean, I have to now go and see this individual, who

2   doesn't speak English, at some point in the proceedings

3   because he has no idea what is going on right now.  I haven't

4   had a chance to sit down and tell him, "Look, this happened,

5   but you might not be that prejudiced."  I can't look him in

6   the face and say that, Judge.

7          He is monumentally prejudiced by our inability to

8   file a motion to suppress based upon joint venture in a

9   wiretap case.  He is monumentally prejudiced by my inability

10  to ask questions of witnesses that I met with, law enforcement

11  that I met with in Colombia and prosecutors I met with in

12  Colombia, I cannot ask them questions about this because I

13  didn't know it then.

14          And I think Your Honor knows, it is not easy for my

15  office to agree to have me go down to Colombia and investigate

16  this case.  Financially, it is just not easy and hopefully,

17  someone is worried about my well-being.

18          But that being the case, Judge, I can't go back in

19  time.  This isn't a time machine.  Maybe I'm missing it, but

20  that has got to be somewhere in due process for Jose, it has

21  just got to be.  I can't go back and tell him, "Well, sorry,

22  we didn't get you this information, I'm not able to file this

23  motion, I can't redo my investigation of all of these

24  officers, of all of these law enforcement officials in

25  Colombia and all of these other witnesses because we are now

DAILY COPY

1    in trial," and that is a huge prejudice.

2           I mean, the motion to suppress is just one thing.

3    And I will tell you sidebar, Judge, if you want to know the

4    details of my investigation because I do think you should hear

5    it, and that's why I filed these motions.

6           THE COURT:  I'll get to you in just a second.

7           Mr. Quinon, did you have anything else for the Court,

8    even though I know it is captioned as a joint motion?

9           MR. QUINON:  No, Your Honor.  I think that I echo

10   everything that Mr. Patel very well summarized for the Court.

11          Going to the issue of prejudice, I think that we do

12   have prejudice.  I know that we labored for months under the

13   misimpression, because we were told this by the Government,

14   that this was a wiretap that was exclusively -- this was a

15   Colombian investigation, DEA was not involved in it, and we

16   asked repeatedly about that.

17          In fact, I know that we had meetings in Mr. Patel's

18   office, where we discussed, long before trial, whether we were

19   going to file a motion to suppress and based on the

20   information that we were getting from the Government at that

21   time, we couldn't.  And that's the same information that was

22   represented to you in court, which happened to be inaccurate

23   and is not true.

24          So yes, we would have definitely explored, you know,

25   the filing of a motion to suppress.  And also as to my client,

Wednesday, May 22, 2013

DAILY COPY

1   I can tell you that the relationship between the DEA and how

2   much involvement they had in this wiretap is very important to

3   the defense of my client and will come out at trial.

4          I chose not to bring some of it in the open for a

5   number of reasons, but I can share that with you on an

6   ex parte basis as well, but it is important how much the DEA

7   was involved.

8          For instance, we learned, when I cross-examined Agent

9   Turke, when you allowed me to cross-examine for a few minutes,

10  that the DEA was, in fact, kept very much informed of this

11  wiretap and they were given weekly reports in this case, so I

12  have a feeling that DEA is very much, much more involved and

13  much more hands-on in this particular wiretap than we are

14  discussing here.

15         And I have a feeling that if we were able to get into

16  documents that were traded between the DEA and the Colombian

17  Government about this matter, those weekly reports, I think we

18  will find out that this was, indeed, not what was represented

19  to us, but, indeed, DEA has a lot more to do with this.  And

20  that goes into potentially a motion to suppress and also

21  matters that as a matter of due process and fairness, just

22  fundamental fairness, we have a right to bring to the jury's

23  attention so that they can make an informed judgment as to the

24  guilt or innocence of our clients.

25         We have been deprived of that, and this is a case

DAILY COPY

1  where these clients are facing a substantial amount of

2  imprisonment; ten years to life.  They should be entitled to

3  get every benefit of the doubt and every right that is due to

4  them.  We have to make sure they get that because there is so

5  much at stake.

6         Again, as Mr. Patel said, this is on your watch, in

7  your courtroom, and I know that you want to make sure that

8  everybody gets a fair shake in your court, and you certainly

9  have done that throughout your career, and this is one of

10  those situations that you are going to have to take the bull

11  by the horns, as they say, and say, "Fairness and due process

12  requires me to take some action to make sure that these two

13  Defendants get their day in court, which they otherwise,

14  without certain information, are not going to get."

15         So I echo what Mr. Patel says, which is true.  We

16  need to have some remedy coming in connection with this

17  matter, and that may be either a dismissal for outrageous

18  conduct or alternatively, a mistrial so that we can pursue our

19  remedies and we can file our motions.

20         THE COURT:  Who is going to be speaking for the

21  United States?

22         MS. HOFFMAN:  I will, Your Honor.  Andrea Hoffman.

23         THE COURT:  Ms. Hoffman.

24         MS. HOFFMAN:  Your Honor, I would like to first

25  apologize to the Court for not coming upstairs yesterday at

Wednesday, May 22, 2013

DAILY COPY

1   the end of the lunch recess and bringing this to everyone's

2   attention.  I was focused on the openings and moving forward

3   with the trial, and I didn't see it as the distinction that

4   people are seeing it, but it was certainly by no means --

5              THE COURT:  Do you understand how I am just finding

6   that statement, for lack of a better word, disingenuous?

7              I am finding it hard to believe, when your own case

8   agent said, "We had a discussion about this Monday night."

9              MS. HOFFMAN:  Your Honor --

10             THE COURT:  I'm finding it hard, when the witness

11   said, "I had a discussion during the debrief with Ms. Hoffman

12   on Sunday."

13             I'm finding it hard, when the agent from Bogota said,

14   "I had a discussion with the witness, with Ms. Hoffman on

15   Sunday."

16             So it seems like everybody --

17             MS. HOFFMAN:  Your Honor, as I said to the Court, I

18   don't have --

19             THE COURT:  We had this first discussion on Monday,

20   so there are at least two people, the witness and the agent

21   from Bogota, who said, "There was discussion about this on

22   Sunday during the debrief."

23             MS. HOFFMAN:  Your Honor, I don't recall Pacheco

24   saying that.  Mr. Turke absolutely said it, Your Honor.

25   Regardless of whether there is two or one, there is someone

Wednesday, May 22, 2013

DAILY COPY

1  who said that I was told this on Sunday.

2          Your Honor, I ask that -- I can explain again to the

3  Court what happened.  We had ten people in a room, I do not

4  speak any Spanish, I am working through an interpreter, who

5  was not a professional interpreter, it was on the weekend,

6  and --

7          THE COURT:  But your agent was the interpreter.  He

8  speaks excellent English.

9          MS. HOFFMAN:  He wasn't the person interpreting at

10  the time, Your Honor.

11          THE COURT:  He said, "I translated for him and told

12  you what he said."

13          MS. HOFFMAN:  We had a four hour prep session or

14  three hour prep session, Your Honor.  Mr. Turke interpreted

15  for the beginning half of it and someone else interpreted at

16  the end of it.

17          Mr. Turke was behind me and in and out of the room.

18  He may well have said this on Sunday, Your Honor.  I'm not

19  disputing that, he says he said it.

20          I did not hear him.  I was working with somebody in

21  front of me.  I asked two Colombian police officers if they

22  received any bonuses, I did use the word bonus on Sunday, and

23  I was told no.  I was --

24          THE COURT:  But see how that flies in the face of --

25  I mean, Ms. Batoff said the word bonus yesterday, and he just

1   sang like a canary.

2         MS. HOFFMAN:  Your Honor, as you said, this is such

3   an automatic thing.

4         THE COURT:  So why was he so willing to discuss it

5   yesterday, but somehow with you, technically his own lawyer,

6   the person that brought him here from Colombia, the person who

7   he should have been dealing with all along, he doesn't tell

8   you, but he wants to tell Ms. Batoff?

9         Not that there is anything wrong with Ms. Batoff, I

10  don't mean to throw her under the pejorative bus, but why?

11        MS. HOFFMAN:  I was told on Sunday night.  I knew --

12  and I told you all during the hearing on Monday, I knew these

13  units are supported through Operation Plan Colombia or

14  something of that nature from Congress.  I know that there is

15  significant United States assets disbursed to these units in

16  Colombia and I said that on Monday.

17        I did not know that it went to individual people

18  until Monday night.  I got told that I needed to ask the

19  people who really know the information.  An agent had gotten a

20  brief statement here and I needed to ask them tomorrow, and I

21  did ask them.

22        THE COURT:  So the statement on page four of the

23  joint motion is incorrect, where I'm reading, question of

24  Special Agent Turke, page four, lines 1 through 12:

25        "QUESTION:  Now, you mentioned that you communicated

Wednesday, May 22, 2013

24

DAILY COPY

1  this, the fact that the police officers would get a bonus, to

2  the prosecutor on this case on Sunday; is that correct?

3          "ANSWER:  Yes.

4          "QUESTION:  How did that conversation come about, did

5  you bring it up on your own?

6          "ANSWER:  No.  They brought it up to me, they asked

7  us.

8          "QUESTION:  Who is they?

9          ANSWER:  The prosecutor asked.

10          "QUESTION:  What did she ask you?

11          "ANSWER:  She asked the cops if they got a bonus from

12  us.

13          "QUESTION:  In front of you?

14          "ANSWER:  Yes, I was there.

15          "QUESTION:  And one of the cops was the officer who

16  testified here?

17          "ANSWER:  Yes."

18          MS. HOFFMAN:  We did -- I asked that question, and I

19  was told no, Your Honor.  That's all I can tell you.

20          Ms. Wood and I -- it is a long room, Ms. Wood is at

21  the end of one table, I'm at the end of the other, the cops

22  are in front of me, Mr. Turke is in the hallway or in the

23  doorway behind me.  He had been coming in and out.

24          When I asked the cops in front of me if they get paid

25  any bonuses -- I specifically asked them if they get paid

Wednesday, May 22, 2013

DAILY COPY

1    bonuses, Your Honor, for the number of indictments, the number

2    of people arrested, how the extraditions happened, that's how

3    I asked the question of them, to elicit whether there were

4    perks or benefits for what they were doing, and I got told no.

5         The next day, Your Honor, I get told, after the

6    hearing and after we are --

7         THE COURT:  But let's go back even farther.  Why not

8    respond to the original *Brady* request in April, why the tone

9    with Defense Counsel about the request?

10        MS. HOFFMAN:  I didn't write it, but I'm not trying

11   to throw anybody else under the bus, Your Honor.

12        Ms. Maxwell and Mr. Patel, on a number of e-mails,

13   had traded barbs, but I didn't read them as barbs.  They

14   were -- it seemed like there was a venial way of being

15   sharp-tongued, let me say it that way, between them.

16        So at the time that I read it, it wasn't -- I didn't

17   read it as Ms. Maxwell being ugly to him.  She was poking him

18   and he would poke back and -- I mean, she poked him more than

19   he poked back, don't get me wrong.  So I saw it in that kind

20   of tone in the e-mails, but Ms. Maxwell was handling it at the

21   time and I was working on prepping witnesses for the trial,

22   Your Honor.

23        You know, he filed the motion in April, the

24   Government's response would have been due on May 17th, and I

25   gave information on May 20th, albeit -- Your Honor, if I had

Wednesday, May 22, 2013

DAILY COPY

 1  known that monies was discretionary monies to choose to use in

 2  any way you could use, which clearly was said to the Court,

 3  without a doubt, I would have lanced that issue in my direct.

 4  I would have --

 5        THE COURT:  It's not -- the issue of whether or not

 6  it was discretionary isn't the point.

 7        The point was each officer got $200.  The point was

 8  that's exactly what the discovery request was for.

 9        MS. HOFFMAN:  And that --

10        THE COURT:  That's exactly what Mr. Patel asked.

11        I guess what I'm -- what is this idea that we have to

12  get these -- how many angels have to dance on the head of a

13  pin before we can get an answer?

14        Even if you had said, someone, to Mr. Patel three

15  months ago, "You know what, we don't think this is an

16  appropriate *Brady* request, let's go to the Court.  We have it,

17  but we disagree with you," but even the tone of the original

18  e-mail suggests that it exists, but we don't want to give it

19  to you.

20        MS. HOFFMAN:  Which is why ineffectively, clearly,

21  Your Honor, I tried to start this morning with apologizing to

22  you and to Defense Counsel in the sense that I'm not trying to

23  dance angels on the head of a pin, Your Honor.

24        I honestly answered you on Monday what I knew.  And

25  my bigger mistake, to me, or my mistake, to me, is not having

Wednesday, May 22, 2013

27

DAILY COPY

1   come upstairs on Tuesday and told everyone, and I --

2           THE COURT:  No.  The mistake goes back to April.

3           MS. HOFFMAN:  I'm just saying --

4           THE COURT:  The mistake goes back to just not

5   answering a simple discovery request from Counsel.  If you

6   believe it's *Brady*, answer.  If you don't, "Mr. Patel,

7   Mr. Quinon, we disagree, please file the appropriate motion

8   with the Court."

9           MS. HOFFMAN:  Your Honor, if -- if my -- in April, I

10  believed the only monies that are paid are the planned

11  Colombia monies, and I don't believe the planned Colombia

12  monies would be *Brady* issues that I need to seek discovery and

13  disclosure from Congress, so --

14          THE COURT:  I don't think that's the tone of that

15  e-mail.

16          Excuse me for just a second.  Mr. Patel, can you read

17  that response back for me, please.

18          MR. PATEL:  Yes, ma'am.  Which one?

19          THE COURT:  The one when you asked about the e-mail,

20  and it was said --

21          MR. PATEL:  I have it, Judge, one moment.  The first

22  response was, "How is this *Brady* and what legal support do you

23  have to get these reports?"

24          THE COURT:  So that -- to me, that answer assumes

25  that it exists.

Wednesday, May 22, 2013

DAILY COPY

```
 1              MR. PATEL:  The subsequent e-mail, Judge, was, "If

 2   you really want to have a productive conversation on this,

 3   then tell me why it's Brady or under what theory you are

 4   entitled to it.  Enlighten me.  If we agree, we will certainly

 5   provide it, or you can continue to send snooty e-mails."

 6              THE COURT:  So that at least -- I'll take the banter

 7   back as some fair play comment between Counsel.

 8              MS. HOFFMAN:  Thank you.

 9              THE COURT:  But there is an implication in that

10   e-mail that it exists, we are just disagreeing about whether

11   or not to turn it over.

12              MS. HOFFMAN:  And Your Honor, to the extent that

13   there was an indication in there from Ms. Maxwell and I, it

14   was the planned Colombia monies.  That's what we knew exists.

15              THE COURT:  This is the reason why it doesn't make

16   sense to me:  This is all you do.

17              MS. HOFFMAN:  I have never heard this before this

18   week, your Honor.  I understand you find that hard to believe,

19   but that has never been said to me.

20              You are right.  This year, Your Honor, I haven't been

21   to Colombia as often as you thought yesterday, just so --

22              THE COURT:  I think I said three to four times in the

23   past 12 months.

24              MS. HOFFMAN:  In the past two years, I have been to

25   Colombia a number of times, more than ten, so I agree with you
```

Wednesday, May 22, 2013

DAILY COPY

1   and your perception that this is what I do.  It is what I have

2   done for the past few years, Your Honor, and no one has ever

3   told me that individual people received monies out of these

4   groups, until Mr. Torbert said, "You need to ask somebody

5   about this tomorrow," which is my paraphrasing what I believe

6   Mr. Torbert said to me Monday night.  That is the first time

7   it has ever been said to me, Your Honor.

8          I followed up and it was again said to me.  You know,

9   I'm not trying to split hairs or dance angels on a pin.

10          THE COURT:  So why does the Government -- so quiz me

11   this:  Why does the Government get a pass?

12          MS. HOFFMAN:  Can I say one more factual thing before

13   I answer that question, Your Honor?

14          THE COURT:  Certainly.

15          MS. HOFFMAN:  If one accepts that I saw it as

16   operational funds, which is the planned Colombian monies,

17   Mr. Turke's last two answers to this courtroom in his

18   testimony is that there was a discussion of, he believes $200

19   specifically, but that it was as operational funds always.

20          And I heard -- I saw that as one thing, and I

21   understand that the Defense sees it as another, but it was not

22   ill intentioned or malicious in my misapprehension.

23          Bonuses are, without a doubt, something they should

24   have been told.  So if you take the monies back into the

25   category of operational funds and into the capacity of the

DAILY COPY

1  planned Colombian monies, my mistake is more understandable,

2  albeit not acceptable.

3       Why is the results not what Defense is asking for,

4  Your Honor?  Depending on how this were to be characterized,

5  this would be properly, to me -- but that's just my opinion,

6  it will be the Court's decision -- a *Giglio* issue, whether

7  there was impeachment materials within the custody and control

8  and access of Defense in time to effectively use it.

9       And the case law with respect to *Brady* and *Giglio*,

10  frankly, are the same.  It is a larger body of law developed

11  as to *Brady* than *Giglio*, but the question is, would the

12  results of a proceeding be any different?

13       Mr. Patel was in Colombia in April with us.  This was

14  not a discussion of anything we were asked while we were there

15  in April, and to my knowledge, he has not been back to

16  Colombia.  So this was not asked of us a year and a half ago,

17  when he began his representation, it was asked of us in April,

18  so I'm not sure the proceedings would be any different based

19  on a year's worth of things that he would do differently when

20  it is a discussion we had or didn't have, effectively,

21  beginning in April.

22       But the courts have consistently, from the Supreme

23  Court on down, said that the question is whether the results

24  would have been different if it had been disclosed.  And as

25  the Court started yesterday's hearing and as you started your

Wednesday, May 22, 2013

DAILY COPY

1   discussions with Mr. Patel today, Ms. Batoff has already

2   cross-examined, she is at the end of her cross-examination, no

3   one else has done anything else.  The Court could choose to

4   give her more time to cross-examine, if there is some further

5   avenue in which she thinks ground could be made.  Mr. Quinon

6   has not even cross-examined at all, so that can happen as

7   well.

8         In terms of a motion to dismiss, Your Honor, for

9   discovery violations, the case law starts from the premise of

10  needing to -- urging the courts or expecting courts to seek

11  the least severe sanction possible to accomplish a desired

12  result, and the purpose of the desired result is to have

13  prompt and full compliance with the Court's orders, and that

14  the sanctions being sought in a circumstance of this nature

15  are specifically not to be what Mr. Patel is asking you for,

16  which is a statement to the Government, as an entity as a

17  whole, in the form of punishment to give them -- you know, to

18  teach them how to behave better in the future.

19        The results in a discovery violation in this

20  circumstance, if the Court should find that there is one, is

21  to seek a solution that allows the case to proceed and in the

22  least restrictive manner possible, for the case to proceed.

23  That's the ordinary case law across the country, not just in

24  the 11th Circuit, and the case law is very specific that the

25  relief cannot be used to punish the Government.

Wednesday, May 22, 2013

DAILY COPY

```
 1          The purpose is to achieve the Defendant's right to a
 2  fair trial, not to punish the Government for any failure to
 3  comply, so I would argue that a motion to dismiss is
 4  inappropriate.
 5          The argumentation on misconduct or my decisions --
 6          THE COURT:  What about the mistrial?
 7          That was the second prong of Mr. Patel's argument;
 8  "Maybe, Judge, we don't dismiss the case, but we get a
 9  mistrial, we start over.  Give me an opportunity to see
10  whether or not there are additional motions that I can file,
11  and we start from the beginning at some other point in time."
12          MS. HOFFMAN:  That is an option.  The least
13  restrictive is to do the one I said first, Your Honor.
14          If the Court doesn't feel that that is sufficient,
15  then I would agree with the Court that the mistrial would be
16  the next step up.  I think that it is appropriately addressed.
17          Defense Counsel's primary argument of prejudice, Your
18  Honor, is an argument about joint venture and filing a motion
19  to suppress.  This issue -- this confirmation of monies being
20  paid, albeit whether it was paid to an individual or to a
21  person, I don't mean it -- I don't believe that the argument
22  of whether there is a joint venture becomes stronger because
23  individual persons got it versus the group.
24          If the group got $5,000, just to pick a number, Your
25  Honor, as an example, whether that $5,000 was parsed out in
```

DAILY COPY

1  $200 increments for each member to use technically for the

2  group, although they end up being able to use it any way they

3  want, or the group spends the money as $5,000, it is still the

4  entanglement between the U.S. Government and the Colombian

5  Government.

6        So the characterization of learning -- and that, I

7  acknowledged, happened on Monday.  So they had in their hands,

8  before we selected a jury, the information --

9        MR. PATEL:  What?

10       MS. HOFFMAN:  Before we seated a jury, the

11  information to file a motion to suppress at that time, if they

12  had wished to file it Monday night.

13       Could they have had the information earlier;

14  that's -- again, the question is what's the right result now,

15  not what is the most optimum result in the course of the

16  trial.

17       MR. PATEL:  That's it, I'm done.

18       MS. HOFFMAN:  The fact that it went to an individual,

19  $200, indiscretionary goes to the *Giglio* impeachment issues

20  and that's most commonly handled by reopening

21  cross-examination or -- I don't believe this is a circumstance

22  that would require a curative instruction, but sometimes the

23  kinds of ways it comes back, that you are allowing

24  cross-examination, might have taken something like that.  I

25  don't think it is necessary in this case.

Wednesday, May 22, 2013

DAILY COPY

1        So there has not yet been a motion to suppress filed.

2  They could file one now, Your Honor, and the Government

3  certainly represents, if they were to choose to do so, we

4  would respond to it in -- you know, at or less than 24 hours.

5        I will tell you that the case law in the 11th Circuit

6  has moved past this concept of joint venture, Your Honor.  It

7  is not the relevant standard for whether -- even if the Court

8  were to find that it is joint venture does not answer the

9  question.

10        The real issue is that the 11th Circuit has very,

11  very definitively stated, in 2009, that the question is --

12  there is no standing for someone who is a non-American

13  citizen, for a wiretap that happened outside of the United

14  States, to assert the Fourth Amendment privileges within the

15  United States.  And so while I don't think it is a meritorious

16  motion, that is certainly not my prerogative to decide, either

17  for the Court or the Defense, so it is something they can

18  still file, short of a mistrial.

19        Are there other aspects of this that I can answer

20  other questions for the Court?

21        THE COURT:  Thank you.

22        Mr. Patel, anything else before I rule?

23        MR. PATEL:  Yes, Judge, I do need to complete the

24  record.

25        That case that she just cited, it dealt with an

Wednesday, May 22, 2013

DAILY COPY

1  individual that was kidnapped, so it is different.

2          We are not here to litigate joint venture, I can't do

3  that on my two feet.  That's not the point of this proceeding.

4          Ms. Hoffman is stuck on Monday, I don't understand

5  how she can't get past that.  This Court -- Your Honor has

6  been so accommodating to everyone in this courtroom, lenient,

7  and rightly so, and fair.

8          Ms. Hoffman can't get off the Monday bus.  She said

9  we had information on Monday to file some sort of motion.

10 What information, Judge?  And she keeps going back to Monday,

11 as if it's the first day she knew about it.

12         Well, the problem with that is the questioning of

13 Special Agent Turke, page 16, lines 12 to 22, Court's inquiry:

14         "QUESTION:  Were you ever asked about this prior to

15 me asking you this afternoon?"

16         Special Agent Turke, "ANSWER:  Was I ever asked, yes,

17 ma'am.

18         "THE COURT:  When was the first time you were asked

19 about it?"

20         Special Agent Turke:  "Sunday, when we came in.  We

21 flew in from Colombia.

22         "THE COURT:  Who asked you?"

23         Special Agent Turke:  "The prosecutor.

24         "THE COURT:  Which prosecutor?"

25         Special Agent Turke, "Andrea Hoffman."

Wednesday, May 22, 2013

DAILY COPY

1              Sunday; Sunday.

2              I don't understand what we knew Monday.  Jose and I

3    will tell you, we didn't have any information on Monday.  And

4    if you look at my pleading, Judge, I cited a quote from

5    Ms. Hoffman, which says -- when you asked her if she knew

6    about this information on Monday, she told you she had no

7    information on Monday about it.

8              I mean, I just don't understand how we can continue

9    to believe some of these things anymore, and it is not me

10   saying it.  It is Your Honor's inquiry, it is her answers, it

11   is her agent's answers to Your Honor's inquiry, and it is in

12   black and white.

13             If you want to go back to prejudice -- before I do

14   that, Judge, I also filed docket entries 304, on October 15th,

15   2012, which was Defendants' joint motion for production of

16   *Brady, Giglio* and *Kyles*.  I did that back in October, then I

17   filed an amended motion.

18             In that request, I put all materials related to

19   MLATs, treaties, things like that, governmental agreements or

20   what have you.  We litigated that motion.  I actually was told

21   by the Government, "Why didn't you ask me about this stuff

22   outside of court beforehand?"

23             Well, now we have our answer why I don't do that

24   anymore.  So I've been requesting materials for a long time

25   and if you want to talk about prejudice just as it relates to

Wednesday, May 22, 2013

DAILY COPY

```
1   this specific issue, we are not even at the tip of the tip of
2   the iceberg, Judge.
3           These reports and meetings have been going on for
4   weeks.  This investigation has been going on for a minimum of
5   three years, that's 156 weeks of reports and meetings we don't
6   have.
7           I cannot begin to tell you the scope of this because
8   I haven't seen a report, talked to a witness, besides a CNP
9   guy, or anyone else that can tell me about the breadth of what
10  we are talking about here.
11          So I can't tell you how I would have cross-examined
12  this witness differently, or I can't tell you about other
13  motions I would have filed because I can't tell you what I
14  don't know, and that's incumbent upon the Government.  And
15  Your Honor has been fair in these proceedings, but as
16  Mr. Quinon said, sometimes -- and as Judge Rehnquist and as I
17  cited, Judge, there is going to be an instance where enough is
18  enough, where outrageous Government conduct has occurred and
19  we have to call them on it, and it is not nice, it is not
20  pretty, but that's not the job of the law.
21          If you want to afford my client due process and give
22  him a fair trial, then he needs to know the breadth of this
23  stuff.  My first point, and I will stand by it, is a motion to
24  dismiss, based upon that outrageous conduct, but if you don't
25  agree with me there, Judge, then at the very least, it is a
```

Wednesday, May 22, 2013

DAILY COPY

```
 1  motion for mistrial because they still want you to believe
 2  that they didn't really know, or the day they didn't know it
 3  was different than the day they told you and they don't even
 4  have the information, but the e-mails indicate they know
 5  exactly what I'm telling you about.
 6          They are telling me reports.  I'm not just talking
 7  about money, I'm not just talking about 200 bucks a cop.  I'm
 8  talking about weekly reports of these vetted units that the
 9  DEA works with over the course of a three-year investigation.
10  I got nothing, I got zero, and the prejudice there is just
11  huge, Judge.
12          Now, I'll be happy to answer any questions on that,
13  but then there is also the matter of the letter that was
14  disclosed yesterday at 5:00 o'clock in the afternoon, and that
15  just adds to it.
16          MS. HOFFMAN:  Your Honor, if I might address one
17  point of that.
18          The reports that Mr. Patel keeps talking about,
19  before we go down a road of everybody assuming we are talking
20  about the same thing, it is my understanding and knowledge
21  that the meetings are not written reports from Colombian
22  police officers to DEA police officers.  They meet, they talk
23  to one another.
24          There are not reports about the funds or how they
25  disburse them and to the extent that there has been reports
```

DAILY COPY

1  provided from -- to DEA from the Colombian National Police,

2  the Court will remember that in the fall, we had a hearing

3  about those and I have produced every Spanish report that I

4  have received, that I'm aware of that was in their possession

5  to Defense Counsel in the fall.  It may not be a report that

6  answers the question about payments of monies, but they do

7  have the Colombian reports.

8       So I'm not trying to -- I just want to make sure that

9  the Court remembers and understands that the work product of

10 the Colombian police officers of the reports that they were

11 writing, I did produce in the fall, actually earlier in the

12 fall and we had hearings and we discussed those reports in the

13 fall.

14      MR. PATEL:  We don't have them and if you want to

15 look at them, I'll show them to you.  I don't understand how

16 this Court can continue to believe --

17      THE COURT:  Those Spanish reports, you don't have

18 them?

19      MR. PATEL:  Spanish reports as to criminal

20 convictions, yes, that was part of my *Brady* disclosure and

21 that was turned over.

22      The MLATs, I don't have; governmental agreements, I

23 don't have because they've said they don't have them.  So when

24 she is saying she turned over these reports, Judge, I'll show

25 them to you and if you want to take a look at them, that's

Wednesday, May 22, 2013

DAILY COPY

1    fine.

2              I'm telling you, as an officer of this Court, that --

3              THE COURT:  Are there MLAT agreements about this

4    case?

5              MS. HOFFMAN:  Yes, there are, Your Honor.

6              THE COURT:  Did you turn them over?

7              MR. PATEL:  No.

8              THE COURT:  Ms. Hoffman --

9              MR. PATEL:  I filed that in October.

10             THE COURT:  -- did you turn over the MLAT agreements?

11             MS. HOFFMAN:  I believe I have.  I produced -- in the

12   fall, Your Honor, we had a hearing about --

13             THE COURT:  Did you turn them over?

14             MS. HOFFMAN:  Yes.

15             THE COURT:  You don't have them?

16             MR. PATEL:  No.

17             THE COURT:  How come I believe him and I don't

18   believe you?

19             MS. HOFFMAN:  Your Honor --

20             THE COURT:  If you turned them over, bring them here

21   later this afternoon, my staff will be here, and show me that

22   you turned them over.

23             MS. HOFFMAN:  Yes, ma'am.

24             THE COURT:  I'm certain if you did, you have a copy

25   attached with a letter.  Show me you turned them over.

Wednesday, May 22, 2013

DAILY COPY

1           MR. PATEL:  And then there is the letter of

2    5:00 o'clock last night.

3           Judge, I made --

4           THE COURT:  Let's go to the letter, Mr. Patel.

5           MR. PATEL:  Thank you.

6           Judge, the Government made a *Brady* disclosure on

7    May the 3rd, which stated that there were two individuals, who

8    were charged in a coordinating Colombian drug investigation,

9    and I will not mention names during the proceeding, just for

10   security concerns, Judge, but that these two individuals had

11   information that there was the buying and selling of testimony

12   as it relates to -- and the following two individuals I can

13   name, they are witnesses in this case -- Daniel Bustos and

14   Fabian Cruz were buying and selling testimony that was

15   supposed to be used against my client and Defendants in this

16   trial, Jose Salazar Buitrago and Mr. Finkelstein Winer.

17          Now, the Government, in their disclosure, Judge,

18   stated that they found no merit to it.  Their disclosure was

19   about a page long and that was the end of the matter.

20          After that, Judge, I asked Ms. Hoffman, "What was the

21   basis of this disclosure, how did this come about?"

22          She informed me that the attorneys for said two

23   individuals wrote a letter to the United States Attorney's

24   Office explaining the basis, and I asked Ms. Hoffman, "Can I

25   please have that letter?"

Wednesday, May 22, 2013

42

DAILY COPY

 1          And she told me no, I should seek it from the

 2   attorney.  I tried that, to no avail, so then I had to get

 3   Your Honor involved again, because I couldn't get the

 4   information I thought I was entitled to under *Brady*.

 5          Your Honor ordered Ms. Hoffman, who objected to its

 6   disclosure repeatedly, that I be provided the letter yesterday

 7   at 5:00 o'clock, which I received.  I received the letter and

 8   I provided it to co-counsel, and also to Your Honor.

 9          Now, without stating the names again, Judge, this is

10   a letter from defense counsel to the United States Attorney

11   that says these two individuals that they represent

12   collectively and Judge Lenard had information that there is

13   the buying and selling of testimony against my clients,

14   clients times two, in this cited case, and they cite our case

15   number.

16          Also, one of the witnesses that we are talking about

17   here testified before Your Honor in the trial of David

18   Cardona.  The attorney --

19          THE COURT:  Well, Mr. Cardona was found not guilty.

20          MR. PATEL:  I don't know who he testified -- I'm

21   reading the letter, Judge.

22          These two attorneys said their witnesses, their

23   clients would be willing to wear wire devices to record and

24   substantiate what their clients' position was on these monies

25   and buying and selling of testimony.

Wednesday, May 22, 2013

DAILY COPY

1          So you have the letter, Judge.  I got it yesterday, I
2    would like to have had the opportunity to investigate.
3          It goes back to what you say:  If they don't believe
4    it is *Brady*, that's one thing, but then they could have given
5    it to you ex parte, they could have turned it over to you
6    ahead of time.
7          The letter was written on April 29, 2013, and they
8    could have done a number of things and you could have made a
9    decision because as I said, we stand by your decisions because
10   you call them as you see them, Judge.  It is fair play in
11   here, and that's all we are asking for.
12         But now, I can't even begin to start to discuss with
13   these two individuals, who are in lockup, what they are
14   talking about.  And if it is the buying and selling of
15   testimony against my client, that's pretty substantial,
16   especially when it is two listed cooperating witnesses, Daniel
17   Bustos and Fabian Cruz.  That's another prejudice I have to
18   deal with in trial.
19         THE COURT:  Ms. Hoffman.
20         MS. HOFFMAN:  Your Honor, I received this letter --
21   it didn't come to me.  It wasn't written to me, as the Court
22   can see.  I received this information on the following day, I
23   believe; contacted the -- I did conduct an investigation,
24   which included speaking to the lawyers for the people accused
25   of being in this buying and selling.

DAILY COPY

```
 1          The attorney who wrote this letter was not in the
 2  country and it couldn't be particularly discussed what was
 3  going on, so I investigated while they were gone.  And the
 4  attorney for Mr. Bustos, for example, has detailed -- has
 5  records detailing back six months or longer.  I don't have his
 6  records, so I can't tell the Court the exact dates, but I
 7  believe it is longer than six months, notations of his client
 8  having told him about the information he can testify about in
 9  this case.
10          The attorney didn't put two and two together, that it
11  was the facts going to this trial, I don't believe until
12  March, at which point he brought it to my attention.
13          If the Court will remember, I had notified persons in
14  a hearing that was in March that I might be disclosing
15  additional witnesses at what felt like the 11th hour to me
16  because I had just been told they might be potential
17  witnesses.
18          That attorney has records to show that it is not a
19  recent fabrication, and his client, frankly, had physical
20  documentation as well of his involvement in that transaction.
21          The attorney who wrote the letter -- I don't remember
22  if we have said it on the record, so I won't, if no one else
23  has -- came back from Colombia and withdrew the allegations;
24  said he had it wrong, he made a mistake, he hadn't done a
25  thorough enough investigation and he shouldn't have come to
```

Wednesday, May 22, 2013

DAILY COPY

1    the Government in that manner.

2           He sent an e-mail to some effect of that, which I

3    forwarded to all of Defense Counsel so they would know what

4    had been told to me by defense counsel.  I filed the notice

5    within days, two days, I believe, maybe three, of when it was

6    told to me.  I gave them the exact description of what they

7    had been accused of doing, who accused them of doing it.

8           I'm not sure what else I am supposed to have done at

9    that time in terms of I gave them every detail and all of the

10   players that they would need to conduct their own

11   investigation.  And when I learned that attorneys could

12   bolster their clients' assertion that this wasn't a recent

13   communication, I also communicated that to everyone.

14          Mr. Patel was out of the country when I got that

15   confirmation and I contacted Mr. Quinon and his partner, and

16   asked them if they had a more direct communication line with

17   Mr. Patel, if they would please pass it on, but that I would

18   communicate it again later, and I did, once he came back into

19   the country.

20          So I have shared every bit of information that I knew

21   with them, with the exception of the physical letter.  I

22   believe my obligation -- I detailed the facts to create the

23   ability to conduct an investigation, but the Court asked me to

24   give them the letter yesterday, which I did in the hearings

25   yesterday.

Wednesday, May 22, 2013

46

DAILY COPY

```
 1          THE COURT:  How do you know that the information has
 2   been recanted, was that in a letter?
 3          MS. HOFFMAN:  No.  The attorney came and met with me
 4   and told me, but then he sent me an e-mail.  I didn't bring a
 5   copy.  My Blackberry is downstairs, Your Honor.
 6          I didn't bring a copy of the e-mail that I got from
 7   defense counsel that I forwarded to these Defense Counsel, but
 8   I asked him to put something in writing to me.  He sent an
 9   e-mail, I forwarded that e-mail, and I called everyone and
10   explained to them, in as much or more detail as I'm explaining
11   to you today.
12          I think Mr. Quinon would back me up on that, in as
13   much detail as I'm explaining to you all today that there was
14   a recantation of it, so that people knew.
15          Clearly it is something that a defense lawyer would
16   like to inquire of a witness, but that there are also risks of
17   inquiring of that witness and I didn't want to have those
18   risks occur without them knowing they were out there, so I
19   gave them both sides of it; the fact it has been recanted, the
20   fact that the defense lawyers can bolster their clients'
21   testimony.
22          MS. BATOFF:  Your Honor, may I?
23          THE COURT:  Yes.
24          MS. BATOFF:  Here is the problem, Your Honor:  We are
25   again being asked to take the Government's word for it, that
```

Wednesday, May 22, 2013

DAILY COPY

1  they investigated this matter and that they found it to be

2  without merit.

3       It is absolutely true that the attorney who wrote the

4  original letter sent an e-mail to Ms. Hoffman, which she

5  forwarded to all of us, where he said that this didn't -- that

6  he made a mistake, this didn't have any basis, it was gossip,

7  he shouldn't have sent the letter.  So I completely agree with

8  Ms. Hoffman on that, and I'm sure we have the e-mail here.

9       We didn't necessarily care.  We wanted the letter,

10 and here's why:  Because for an attorney to sit down and write

11 a letter to the United States Attorney's Office detailing

12 this, whether or not the Government ultimately finds that

13 these allegations have any merit, this is something we are

14 entitled to have, and this constant hide the ball has to stop

15 somewhere.

16      I don't know what motivated the attorney in

17 recanting.  And let's be clear, he did not say in that e-mail

18 that the people, the individuals who originally communicated

19 these allegations recanted.  He said, "I take it back."

20      I don't know what motivated that defense attorney to

21 take that action.  A more cynical person might think that

22 there were communications between him and the U.S. Attorney's

23 Office in-between the time he wrote the letter and the time he

24 wrote the e-mail, recanting on behalf of his client, who

25 likely is seeking the benefit of cooperation and looking to

Wednesday, May 22, 2013

DAILY COPY

1  reduce his sentence and needs to be on team U.S.A.

2          I don't know what happened between April 29th, when

3  that letter was written, and the subsequent date, when the

4  e-mail was written and forwarded to us.

5          The point is, Your Honor, that Ms. Hoffman repeatedly

6  denied our request to have the original letter.  You have the

7  original letter now.  This is not something that was just some

8  farcical --

9          THE COURT:  So Ms. Batoff, what do you want from the

10  letter now?  You know what you know.

11          MS. BATOFF:  We want to depose these people.  These

12  people are represented by attorneys, who probably would oppose

13  our deposing them because -- again, Your Honor, I don't know

14  what happened.  Maybe the defense attorneys went back to these

15  two individuals and said, "Listen" --

16          THE COURT:  Let's start the easy way on these two.

17  Call the defense attorneys, and get back to me.  You know who

18  they are now.

19          MS. BATOFF:  We have, and they have not returned --

20  one of them, the one who wrote the letter, has not returned

21  our calls.

22          THE COURT:  And is he still out of the country, that

23  was originally the issue?

24          MS. BATOFF:  No, no, he is not.  And the fact that he

25  communicated in the letter that these individuals, who are

Wednesday, May 22, 2013

DAILY COPY

1   making the accusation, were willing to wear a wire suggests to

2   me -- suggests to me that there was some basis to these

3   allegations.

4         And whether the attorney for the cooperating witness,

5   who is accused of buying and selling information, sat down

6   with Ms. Hoffman and assured her that this was not going on,

7   that was enough to satisfy the Government, that they could put

8   these witnesses on against my client, but that's not enough

9   for us.

10        And again, we could depose these people now, but we

11  can't go back in time.  If we had known about this April 29th,

12  we would have taken action then.

13        MS. HOFFMAN:  Your Honor, I learned about it

14  April 30th and filed a pleading with it by May 3rd, I had to

15  have some time to do an investigation myself.  I didn't give

16  notice of it the first --

17        THE COURT:  Let's take care of the first issue, and

18  then I'll -- I will deal with the second.  All right.

19        To say that I am personally frustrated and

20  disappointed by the last three days is an understatement.

21        At a time prior to the afternoon of Monday, May 20th,

22  I think the United States was aware that Colombian police

23  officers, in the course and scope of their duties, received

24  payment.  I think they were aware of it and for whatever

25  reason, did not disclose that to Defense Counsel.

Wednesday, May 22, 2013

DAILY COPY

```
 1              Why do I think that?
 2              First, every witness who has testified in this case
 3   over the past three days, except for Ms. Hoffman, says so.
 4   And secondly, Ms. Hoffman has almost, at least in this Court,
 5   over the past two years, been prosecuting cases involving the
 6   use of these joint task forces, special units, whatever you
 7   want to call them, in Colombia, between DEA and the
 8   Colombian -- and Colombian law enforcement, and if she doesn't
 9   know, who knows?
10              I find that personally and professionally
11   disappointing.  I find it personally disappointing because the
12   Office of the United States Attorney has a specific
13   responsibility, and it's a responsibility not just to the
14   individual case.  The indictment is captioned the United
15   States of America.
16              It's a responsibility that the office has and it
17   charges, on behalf of the entire Government, against an
18   individual, and that responsibility means that it has to do so
19   within the appropriate bounds of ethics.  And I don't --
20   cannot begin to understand how we got to this point from the
21   original request back in April.
22              And second, as an attorney, there would have been so
23   little simply to resolve this matter; at some point in time,
24   picking up a phone, sending an e-mail.  I mean, this is modern
25   communication, it doesn't take rocket science to fix this.
```

Wednesday, May 22, 2013

DAILY COPY

1          But because this is so specific and personal, I am

2   loathe to dismiss the entire case, Mr. Patel and Mr. Quinon.

3   I am also very reluctant to mistrial an entire case on this.

4          Understand, the tug in that direction is quite

5   strong, but I do recognize that this is a long trial, there is

6   a lot of evidence here, and given the experience and breadth

7   of Counsel, I think that you will be able to overcome any

8   prejudice that might have come to your client on this issue.

9   Other people in Atlanta may disagree with me later.

10          I am, however, going to reserve judgment,

11   Ms. Hoffman, as to personally you.

12          MS. HOFFMAN:  Yes, ma'am.

13          THE COURT:  As I said, to say that this is some level

14   of professional disappointment would be an understatement.

15          We will begin tomorrow morning at 9:30.

16          Mr. Patel and Ms. Batoff, would you approach, please,

17   Ms. Hoffman, just for a sidebar for a moment.

18      (Discussion off the record.)

19          THE COURT:  And Counsel, as to your other letter to

20   Defense Counsel, the Court will deal with that as discussed at

21   sidebar.

22          I will see everyone back tomorrow morning, 9:30.

23          MR. PATEL:  Judge, just before we go, are we going to

24   get the requested materials ever and will we have an

25   opportunity to --

Wednesday, May 22, 2013

52

DAILY COPY

```
 1              THE COURT:  The requested material being we now know
 2  that there are -- that the Colombian police officers do
 3  receive bonuses.
 4              Ms. Hoffman is supposed to deliver, by the end of the
 5  day -- re-deliver, she says she already has -- the MLATs
 6  concerning your clients.
 7              I just ordered her to re-deliver them by the close of
 8  business to me today.  She said that the meetings were oral.
 9              MR. PATEL:  All of the meetings were oral, there are
10  no reports?
11              THE COURT:  Hold on.  I'm going to ask the case
12  agent, who is here.
13              Were there any written meetings with this case in
14  Colombia?
15              MS. HOFFMAN:  Your Honor, I think you would have to
16  ask Mr. Turke.  He is outside.
17              Your Honor, what I was trying to say about reports
18  earlier is they do have Colombian reports, I just don't know
19  if it's about the money.
20              THE COURT:  Well, we are going to find out now.
21              Agent Turke, you were responsible for this
22  investigation when it was in Colombia.
23              AGENT TURKE:  When I arrived down there, ma'am, I
24  joined my partner and the case had already been started,
25  initiated, yes, ma'am.
```

Wednesday, May 22, 2013

53

DAILY COPY

```
1         THE COURT:  Were there reports generated from these

2   meetings that you had with the Colombian officials, written

3   reports?

4         AGENT TURKE:  No, we don't write that many written

5   reports.  They send us informias, which are intelligence

6   reports and we send them to the U.S. agents up here in the

7   U.S.

8         THE COURT:  So there are reports that you send to the

9   U.S. agents here?

10        AGENT TURKE:  Correct, they are surveillance reports.

11        THE COURT:  How many of those reports have you sent?

12        AGENT TURKE:  From what I recall, approximately two

13  or three, myself and my partner would send at least two or

14  three surveillance reports.

15        THE COURT:  Other than the surveillance reports, have

16  you sent any other reports based upon your investigation of

17  this case in Colombia?

18        AGENT TURKE:  There could have been investigation

19  reports when they identified the individuals in the case, yes,

20  ma'am.

21        THE COURT:  Now, did you bring your copies of those

22  reports with you?

23        AGENT TURKE:  No, ma'am.

24        THE COURT:  Would you have any communications that

25  show what you sent to the DEA agents in Miami.
```

Wednesday, May 22, 2013

54

DAILY COPY

 1            AGENT TURKE:  My e-mails, where I sent them the copy

 2    of the report by e-mails.

 3            THE COURT:  And do you have any of those with you?

 4            AGENT TURKE:  No, ma'am.

 5            THE COURT:  Do you have any of your e-mails of

 6    receipt of reports from the Agent in Colombia?

 7            I'm directing this question to the Miami DEA agent.

 8            AGENT MARTIN:  We can access that, Judge.

 9            THE COURT:  I would like to know that by tomorrow

10    morning.

11            AGENT MARTIN:  Yes, ma'am.

12            MS. BATOFF:  We would also like to know whether there

13    are reports documenting these payments and we think we are

14    entitled to those as well.

15            THE COURT:  How are these payments made?  Are they

16    made by any kind of specific report plan or is this a payroll

17    system?

18            AGENT TURKE:  It is like a payroll system.  We pay

19    the individual in Bogota that handles the money, but we don't

20    document it.  They sign for it and there is a copy where they

21    sign that they received actual operating expense money, they

22    have to sign for it.

23            Every time they get their bonus or the operation

24    expenses, they sign it, where they say -- it is something

25    internal that the Colombian National Police sign.

Wednesday, May 22, 2013

55

DAILY COPY

```
 1              THE COURT:  So the document is internal to the
 2   Colombian National Police.
 3              AGENT TURKE:  That is correct, ma'am.
 4              THE COURT:  So there is not a form or report that is
 5   filled out on the DEA side or the United States Government
 6   side.
 7              AGENT TURKE:  That's correct, no, ma'am.
 8              THE COURT:  Thank you very much, sir.  You may step
 9   back out.
10              AGENT TURKE:  Thank you, Your Honor.
11              THE COURT:  Anything else?
12              MS. BATOFF:  Judge, may we have leave to file a
13   motion to suppress?
14              THE COURT:  Yes, you may.
15              MS. BATOFF:  Thank you.
16              THE COURT:  All right.  I'll see everybody back
17   tomorrow morning.
18         (PROCEEDINGS ADJOURNED AT 1:01 P.M.)
19                     C-E-R-T-I-F-I-C-A-T-E
20         I hereby certify that the foregoing is an accurate
21   transcription and proceedings in the above-entitled matter.
22   5/23/2013                    /s/DIANE MILLER
     DATE                       DIANE MILLER, RMR, CRR
23                              Official United States Court Reporter
                                Wilkie D. Ferguson Jr. U.S. Courthouse
24                              400 North Miami Avenue, Suite 11-2
                                Miami, FL  33128
25                              305- 523-5152   (fax) 305-523-5159
```

Wednesday, May 22, 2013

**$**

$2 [1] 12/24
$200 [8] 9/21 12/23 12/24 15/4 26/7 29/18 33/1 33/19
$5,000 [3] 32/24 32/25 33/3

**/**

/s/DIANE [1] 55/22

**1**

10 [1] 16/8
10-20798-CR-COOKE [1] 1/3
11 [1] 9/19
11-2 [2] 2/9 55/24
11200 [1] 1/19
11th [4] 31/24 34/5 34/10 44/15
12 [4] 16/7 23/24 28/23 35/13
15 [1] 6/23
150 [1] 2/4
156 [1] 37/5
15th [1] 36/14
16 [1] 35/13
1700 [1] 2/4
17th [1] 25/24
19th [1] 10/10
1:01 [1] 55/18
1st [2] 4/10 4/15

**2**

200 [2] 12/22 38/7
2009 [1] 34/11
2010 [2] 9/8 9/9
2012 [1] 36/15
2013 [3] 1/7 43/7 55/22
20th [4] 1/19 6/17 25/25 49/21
21st [1] 7/20
22 [1] 1/7 35/13
2333 [1] 1/22
24 [1] 34/4
29 [1] 43/7
29th [2] 48/2 49/11

**3**

30 [2] 6/23 16/8
300 [1] 16/6
304 [1] 36/14
305 [2] 2/10 55/25
305-523-5159 [1] 55/25
30th [1] 49/14
33128 [2] 2/10 55/24
33129 [1] 1/23
33130 [1] 2/5
33172 [1] 1/19
3rd [6] 4/8 4/10 6/13 6/15 41/7 49/14

**4**

40 [1] 16/8
400 [2] 2/9 55/24
456 [2] 7/22 12/9
474 [1] 3/23

**5**

5/23/2013 [1] 55/22
5152 [2] 2/10 55/25
5159 [1] 55/25
523-5152 [2] 2/10 55/25
5:00 o'clock [4] 3/18 38/14 41/2 42/7

**6**

66 [1] 1/10

**9**

9:30 [2] 51/15 51/22

**A**

abide [1] 13/12
ability [1] 45/23
able [5] 15/11 17/22 19/15 33/2 51/7
about [67]
above [2] 15/23 55/21
above-entitled [1] 55/21
absolutely [2] 21/24 47/3
acceptable [1] 30/2
accepts [1] 29/15
access [2] 30/8 54/8
accommodating [1] 35/6
accomplish [1] 31/11
accounted [1] 11/14
accurate [1] 55/20
accusation [1] 49/1
accused [4] 43/24 45/7 45/7 49/5
achieve [1] 32/1
acknowledged [1] 33/7
across [1] 31/23
action [3] 20/12 47/21 49/12
actual [8] 8/24 54/21
actually [4] 6/3 8/7 36/20 39/11
additional [2] 32/10 44/15
address [1] 38/16
addressed [1] 32/16
adds [1] 38/15
adjourned [2] 3/21 55/18
Administration [1] 7/8
afford [1] 37/21
after [14] 3/18 4/22 6/20 7/20 7/25 9/24 10/19 13/18 13/19 14/8 14/9 25/5 25/6 41/20
afternoon [6] 8/5 10/17 35/15 38/14 40/21 49/21
again [11] 7/19 20/6 22/2 29/8 33/14 42/3 42/9 45/18 46/25 48/13 49/10
against [6] 16/11 41/15 42/13 43/15 49/8 50/17
agent [27] 8/13 8/17 8/18 9/7 9/8 9/24 10/4 10/9 12/7 19/8 21/8 21/13 21/20 22/7 23/19 23/24 35/13 35/16 35/20 35/23 35/25 52/12 52/21 54/6 54/7 54/8 54/11
agent's [1] 36/11
agents [11] 5/23 8/11 8/24 8/25 8/25 9/4 9/5 13/4 53/6 53/9 53/25
ago [2] 26/15 30/16
agree [11] 5/14 6/2 6/22 12/8 12/8 17/15 28/4 28/25 32/15 37/25 47/7
agreed [2] 6/19 9/5
agreements [4] 36/19 39/22 40/3 40/10
ahead [1] 43/6
albeit [3] 25/25 30/2 32/20
all [24] 4/8 5/7 5/18 6/14 9/17 14/6 15/18 17/23 17/24 17/25 23/7 23/12 24/19 28/16 31/6 36/18 43/11 45/3 45/9 46/13 47/5 49/18 52/9 55/16
allegations [4] 44/23 47/13 47/19 49/3
allowed [1] 19/9
allowing [1] 33/23

allows [1] 31/21
almost [1] 50/4
along [3] 5/22 5/23 23/7
already [4] 14/11 31/1 52/5 52/24
also [14] 8/17 11/17 12/5 12/18 18/25 19/20 36/14 38/13 42/8 42/16 45/13 46/16 51/3 54/12
Alternative [1] 4/4
alternatively [1] 20/18
although [1] 33/2
always [2] 5/6 29/19
am [9] 13/9 21/5 21/7 22/4 45/8 49/19 51/1 51/3 51/10
amended [1] 36/17
Amendment [1] 34/14
AMERICA [2] 1/6 50/15
American [1] 34/12
amount [1] 20/1
ample [2] 8/4 10/18
ANDREA [5] 1/17 3/5 5/3 20/22 35/25
angels [3] 26/12 26/23 29/9
another [3] 29/21 38/23 43/17
answer [16] 14/24 24/3 24/6 24/9 24/11 24/14 24/17 26/13 27/6 27/24 29/13 34/8 34/19 35/16 36/23 38/12
answered [4] 11/22 12/6 12/7 26/24
answering [1] 27/5
answers [4] 29/17 36/10 36/11 39/6
any [21] 6/15 14/24 22/4 22/22 24/25 26/2 30/12 30/18 32/2 33/2 36/3 38/12 47/6 47/13 51/7 52/13 53/16 53/24 54/3 54/5 54/16
anybody [1] 25/11
anymore [2] 36/9 36/24
anyone [1] 37/9
anything [7] 11/24 18/7 23/9 30/14 31/3 34/22 55/11
apologize [1] 20/25
apologizing [1] 26/21
APPEARANCES [1] 1/16
Appearing [2] 3/4 3/8
approach [1] 51/16
appropriate [6] 3/22 4/1 8/22 26/16 27/7 50/19
appropriately [1] 32/16
approximately [1] 53/12
April [15] 4/8 4/10 25/8 25/23 27/2 27/9 30/13 30/15 30/17 30/21 43/7 48/2 49/11 49/14 50/21
April 1st [1] 4/10
April 29 [1] 43/7
April 29th [2] 48/2 49/11
April 30th [1] 49/14
April 3rd [1] 4/8
are [74]
argue [1] 32/3
argument [4] 32/7 32/17 32/18 32/21
argumentation [1] 32/5
around [1] 10/15
arrested [1] 25/2
arrived [1] 52/23
as [68]
ask [13] 8/21 15/3 17/10 17/12 22/2 23/18 23/20 23/21 24/10 29/4 36/21 52/11 52/16
asked [40] 3/21 7/17 7/19 8/2 8/6 8/11 10/2 10/8 10/9 10/12 10/12 11/8 11/17 16/12 16/21 18/16 22/21 24/6 24/9 24/11 24/18

**A**

asked... [19]  24/24 24/25 25/3 26/10 27/19
30/14 30/16 30/17 35/14 35/16 35/18 35/22
36/5 41/20 41/24 45/16 45/23 46/8 46/25
asking [11]  4/20 8/3 10/2 11/9 14/18 15/19
16/15 30/3 31/15 35/15 43/11
aspect [1]  13/14
aspects [1]  34/19
assert [1]  34/14
assertion [1]  45/12
assets [1]  23/15
assigned [1]  9/8
assumes [1]  27/24
assuming [1]  38/19
assured [1]  49/6
Atlanta [1]  51/9
atom [1]  11/6
attached [1]  8/14 40/25
attempt [1]  8/23
attention [3]  19/23 21/2 44/12
attorney [20]  1/18 3/10 10/6 15/20 42/2
42/10 42/18 44/1 44/4 44/10 44/18 44/21
46/3 47/3 47/10 47/16 47/20 49/4 50/12
50/22
Attorney's [7]  3/6 4/11 4/16 4/20 41/23
47/11 47/22
attorneys [6]  41/22 42/22 45/11 48/12
48/14 48/17
audience [1]  15/22
August [1]  9/8
AUSA [6]  1/17 1/18 5/3 5/18 5/22 5/22
automatic [1]  23/3
avail [1]  42/2
available [1]  14/13
avenue [1]  1/22 2/9 31/5 55/24
average [1]  15/20
avoid [1]  5/8
aware [5]  11/7 15/5 39/4 49/22 49/24

**B**

back [29]  16/24 17/18 17/21 25/7 25/18
25/19 27/2 27/4 27/17 28/7 29/24 30/15
33/23 35/10 36/13 36/16 43/3 44/5 44/23
45/18 46/12 47/19 48/14 48/17 49/11 50/21
51/22 55/9 55/16
back and [1]  25/18
ball [1]  47/14
banter [1]  28/6
barbs [2]  25/13 25/13
Barranquilla [1]  12/18
based [8]  4/3 13/21 16/2 17/8 18/19 30/18
37/24 53/16
basis [6]  7/6 19/6 41/21 41/24 47/6 49/2
bastardization [1]  13/25
BATOFF [10]  2/3 3/14 5/4 15/11 22/25
23/8 23/9 31/1 48/9 51/16
be [46]  3/10 3/22 9/2 10/22 11/11 14/6 14/7
14/12 14/18 15/1 15/5 15/5 15/9 15/19 17/5
17/20 17/21 18/22 20/2 20/17 20/20 27/12
30/4 30/5 30/6 30/12 30/18 31/5 31/15
31/25 32/15 37/17 38/12 39/5 40/21 41/15
42/6 42/23 44/2 44/14 44/16 47/1 47/17
48/1 51/7 51/14
because [29]  8/7 8/8 8/23 9/3 11/20 11/23
14/12 14/19 15/4 15/9 17/3 17/12 17/25
18/4 18/13 20/4 32/22 37/7 37/13 38/1

39/23 42/3 43/9 43/9 44/16 47/10 48/13
50/11 51/1
becomes [1]  32/22
been [44]  4/5 4/6 5/6 8/3 9/9 10/2 10/11
12/12 12/14 13/4 14/19 14/19 14/20 15/15
15/16 16/18 19/25 23/7 24/23 25/24 28/19
28/20 28/24 29/7 29/24 30/15 30/24 30/24
34/1 35/6 36/24 37/3 37/4 37/15 38/25
44/16 45/4 45/7 46/2 46/19 50/5 50/22
52/24 53/18
before [15]  1/13 3/23 6/9 8/21 18/18 26/13
28/17 29/12 33/8 33/10 34/22 36/13 38/19
42/17 51/23
beforehand [1]  36/22
began [2]  3/18 30/17
begin [4]  37/7 43/12 50/20 51/15
beginning [4]  12/15 22/15 30/21 32/11
behalf [5]  3/6 3/8 3/14 47/24 50/17
behave [1]  31/18
behind [2]  22/17 24/23
being [15]  7/5 7/24 7/25 12/1 14/21 17/17
17/18 25/14 25/17 31/14 32/19 33/2 43/25
46/25 52/1
believe [22]  11/7 11/22 15/5 21/7 27/6
27/11 28/18 29/5 32/21 33/21 36/9 38/1
39/16 40/11 40/17 40/18 43/3 43/23 44/7
44/11 45/5 45/22
believed [1]  27/10
believes [1]  29/18
benefit [2]  20/3 47/25
benefits [1]  25/4
besides [1]  37/8
best [1]  15/20
better [2]  21/6 31/18
between [9]  19/1 19/16 25/15 28/7 33/4
47/22 47/23 48/2 50/7
bias [1]  15/6
bigger [1]  26/25
bit [2]  7/17 45/20
black [1]  36/12
Blackberry [1]  46/5
body [1]  30/10
Bogota [9]  7/6 9/1 9/8 10/1 12/7 12/18
21/13 21/21 54/19
bolster [1]  42/5 42/20
bonus [7]  12/1 13/7 22/22 22/25 24/1 24/11
54/23
bonuses [12]  4/12 9/13 10/3 10/4 10/8
10/10 11/5 22/22 24/25 25/1 29/23 52/3
both [1]  46/19
bounds [1]  50/19
Brady [15]  4/21 5/12 25/8 26/16 27/6 27/12
27/22 28/3 30/9 30/11 36/16 39/20 41/6
42/4 43/4
breadth [3]  37/9 37/22 51/6
Brickell [1]  1/22
brief [1]  23/20
bring [7]  19/4 19/22 24/5 40/20 46/4 46/6
53/21
bringing [1]  21/1
brings [1]  6/10
brought [3]  23/6 24/6 44/12
bucks [2]  12/22 38/7
BUITRAGO [5]  1/9 2/2 3/3 3/15 41/16
bull [1]  20/10
bus [3]  23/10 25/11 35/8
business [1]  52/8

Bustos [3]  41/13 43/17 44/4
buying [7]  41/11 41/14 42/13 42/25 43/14
43/25 49/5

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  55/19
Cali [1]  12/18
call [11]  1/1 11/2 11/2 12/1 13/7 13/7 15/7
37/19 43/10 48/17 50/7
called [1]  46/9
calls [3]  16/7 16/8 48/21
came [6]  13/18 13/19 35/20 44/23 45/18
46/3
can [29]  5/14 8/15 13/14 14/7 14/9 19/1
19/5 19/23 20/18 20/19 22/2 24/19 26/13
27/16 28/5 29/12 31/6 32/10 34/17 34/19
36/8 37/9 39/16 41/12 41/24 43/22 44/8
46/20 54/8
can't [16]  16/23 16/24 16/24 17/5 17/18
17/21 17/23 35/2 35/5 35/8 37/11 37/12
37/13 43/12 44/6 49/11
canary [1]  23/1
cannot [5]  16/9 17/12 31/25 37/7 50/20
capacity [1]  29/25
captioned [2]  18/8 50/14
Cardona [2]  42/18 42/19
care [2]  47/9 49/17
career [1]  20/9
carefully [1]  4/6
case [49]  1/3 4/2 5/5 5/21 7/8 8/24 9/4 9/5
9/9 10/14 11/11 14/10 14/14 14/17 15/12
16/6 16/6 16/18 17/9 17/16 17/18 19/11
19/25 21/7 24/2 30/9 31/9 31/21 31/22
31/23 31/24 32/8 33/25 34/5 34/25 40/4
41/13 42/14 42/14 44/9 50/2 50/14 51/2
51/3 52/11 52/13 52/24 53/17 53/19
cases [1]  50/5
category [1]  29/25
cell [1]  11/2
cents [1]  12/24
certain [2]  20/14 40/24
certainly [7]  5/14 20/8 21/4 28/4 29/14 34/3
34/16
certify [1]  55/20
chance [1]  17/4
characterization [1]  33/6
characterize [1]  9/13
characterized [1]  30/4
charged [1]  41/8
charges [1]  50/17
choose [4]  4/5 26/1 31/3 34/3
chose [1]  19/4
Circuit [3]  31/24 34/5 34/10
circumstance [3]  31/14 31/20 33/21
cite [1]  42/14
cited [6]  4/9 8/16 34/25 36/4 37/17 42/14
citizen [1]  34/13
city [1]  12/17
clear [2]  11/4 47/17
clearly [3]  26/2 26/20 46/15
client [14]  14/22 15/16 16/11 16/25 18/25
19/3 37/21 41/15 43/15 44/7 44/19 47/24
49/8 51/8
clients [6]  19/24 20/1 42/13 42/14 42/23
52/6
clients' [3]  42/24 45/12 46/20
close [1]  52/7

**C**

CNP [4]  7/3 7/7 13/5 37/8
co [2]  16/12 42/8
co-conspirator [1]  16/12
co-counsel [1]  42/8
coded [1]  16/13
collectively [1]  42/12
Colombia [29]  5/22 7/6 9/1 12/18 12/22
 16/5 16/18 16/23 17/11 17/12 17/15 17/25
 23/6 23/13 23/16 27/11 27/11 28/14 28/21
 28/25 30/13 30/16 35/21 44/23 50/7 52/14
 52/22 53/17 54/6
Colombian [22]  9/15 11/8 15/6 18/15 19/16
 22/21 29/16 30/1 33/4 38/21 39/1 39/7
 39/10 41/8 49/22 50/8 50/8 52/2 52/18 53/2
 54/25 55/2
colored [1]  15/10
come [13]  7/20 9/9 10/3 14/7 16/17 19/3
 24/4 27/1 40/17 41/21 43/21 44/25 51/8
comes [2]  7/4 33/23
coming [4]  6/6 20/16 20/25 24/23
comment [1]  28/7
commonly [1]  33/20
communicate [1]  45/18
communicated [4]  23/25 45/13 47/18 48/25
communication [3]  45/13 45/16 50/25
communications [2]  47/22 53/24
compel [2]  6/9 6/11
complete [1]  34/23
completely [1]  47/7
compliance [1]  31/13
comply [1]  32/3
comprised [1]  9/20
concept [1]  34/6
concerned [1]  8/8
concerning [1]  52/6
concerns [1]  41/10
conduct [7]  4/3 20/18 37/18 37/24 43/23
 45/10 45/23
conducts [1]  7/13
confirmation [2]  32/19 45/15
Congress [2]  23/14 27/13
connection [1]  20/16
consider [1]  15/1
considered [1]  11/11
consist [1]  9/19
consistently [1]  30/22
conspiracy [1]  13/2
conspirator [1]  16/12
constant [1]  47/14
contacted [1]  43/23 45/15
continuation [1]  3/17
continue [6]  5/14 14/10 14/13 28/5 36/8
 39/16
control [1]  30/7
conversation [7]  5/12 8/18 8/19 10/3 16/11
 24/4 28/2
convicted [2]  13/15 13/22
convictions [1]  39/20
COOKE [2]  1/3 1/13
cooperating [2]  43/16 49/4
cooperation [1]  47/25
coordinating [1]  41/8
cop [1]  38/7
copies [1]  53/21
cops [4]  24/11 24/15 24/21 24/24

copy [5]  40/24 46/5 46/6 54/1 54/20
correct [4]  24/2 53/10 55/3 55/7
could [15]  16/21 16/21 26/2 31/3 31/5 33/13
 34/2 43/4 43/5 43/8 43/8 45/11 49/7 49/10
 53/18
couldn't [4]  4/17 18/21 42/3 44/2
counsel [15]  24/9 24/22 27/5 28/7 39/5 42/8
 42/10 45/3 45/4 46/7 46/7 49/25 51/7 51/19
 51/20
Counsel's [1]  32/17
country [5]  31/23 44/2 45/14 45/19 48/22
course [3]  33/15 38/9 49/23
court [46]  1/2 2/9 4/6 4/9 6/25 8/6 8/7 8/12
 10/7 15/21 18/7 18/10 18/22 20/8 20/13
 20/25 21/17 22/3 26/2 26/16 27/8 30/23
 30/25 31/3 31/20 32/14 32/15 34/7 34/17
 34/20 35/5 35/18 35/22 35/24 36/22 39/2
 39/9 39/16 40/2 43/21 44/6 44/13 45/23
 50/4 51/20 55/23
Court's [3]  36/4 31/5 35/13
Courthouse [1]  55/23
courtroom [6]  5/8 13/20 14/8 20/7 29/17
 35/6
courts [3]  30/22 31/10 31/10
CR [1]  1/3
create [1]  45/22
criminal [1]  39/19
Cristina [2]  5/5 5/18
cross [13]  7/4 15/12 15/15 15/21 19/8 19/9
 31/2 31/2 31/4 31/6 33/21 33/24 37/11
cross-examination [5]  7/4 15/15 31/2 33/21
 33/24
cross-examine [3]  15/12 19/9 31/4
cross-examined [4]  19/8 31/2 31/6 37/11
CRR [2]  2/8 55/22
Cruz [2]  41/14 43/17
curative [1]  33/22
custody [1]  30/7
cynical [1]  47/21
CYNTHIA [2]  1/18 3/5

**D**

dance [3]  26/12 26/23 29/9
Daniel [2]  41/13 43/16
date [2]  48/3 55/22
dates [1]  44/6
David [1]  42/17
day [11]  1/9 7/25 9/12 15/20 20/13 25/5
 35/11 38/2 38/3 43/22 52/5
days [4]  45/5 45/5 49/20 50/3
DEA [23]  5/23 7/10 9/8 9/20 11/18 11/21
 12/6 12/12 13/4 18/15 19/1 19/6 19/10
 19/12 19/16 19/19 38/9 38/22 39/1 50/7
 53/25 54/7 55/5
deal [3]  43/18 49/18 51/20
dealing [1]  12/8
dealt [1]  34/25
debrief [2]  21/11 21/22
decide [1]  34/16
decided [2]  15/25 15/25
decision [2]  30/6 43/9
decisions [2]  32/5 43/9
deeper [1]  16/21
Defendant's [1]  32/1
Defendants [4]  1/10 13/15 20/13 41/15
Defendants' [1]  36/15
Defender [1]  2/3

Defender's [1]  3/15
defense [28]  4/2 5/10 5/10 6/14 13/2 15/16
 15/20 19/3 25/9 26/22 29/21 30/3 30/8
 32/17 34/17 39/5 42/10 45/3 45/4 46/7 46/7
 46/15 46/20 47/20 48/14 48/17 49/25 51/20
definitely [1]  18/24
definitively [1]  34/11
DEFT [2]  1/21 2/2
deliver [3]  52/4 52/5 52/7
delivered [1]  11/9
denied [2]  9/3 48/6
Depending [1]  30/4
depose [2]  48/11 49/10
deposing [1]  48/13
depositions [2]  5/23 9/1
deprived [2]  13/23 19/25
description [1]  45/6
desired [2]  31/11 31/12
detail [3]  45/9 46/10 46/13
detailed [2]  44/4 45/22
detailing [2]  44/5 47/11
details [2]  16/17 18/4
determined [1]  6/24
developed [1]  30/10
devices [1]  42/23
diane [4]  2/8 2/11 55/22 55/22
did [34]  4/13 6/22 7/18 7/21 9/11 9/13 9/22
 10/3 10/4 12/6 15/12 16/11 18/7 22/20
 22/22 23/17 23/21 24/4 24/4 24/10 24/18
 36/16 39/11 40/6 40/10 40/13 40/24 41/21
 43/23 45/18 45/24 47/17 49/25 53/21
didn't [24]  8/2 8/5 10/19 11/3 17/13 17/22
 21/3 25/10 25/13 25/16 30/20 36/3 36/21
 38/2 38/2 43/21 44/10 46/4 46/6 46/17 47/5
 47/6 47/9 49/15
differences [1]  8/8
different [8]  15/15 15/16 16/21 30/12 30/18
 30/24 35/1 38/3
differently [2]  30/19 37/12
direct [3]  11/2 26/3 45/16
directing [1]  54/7
direction [1]  51/4
disagree [3]  26/17 27/7 51/9
disagreeing [1]  28/10
disagreement [1]  6/7
disappointed [1]  49/20
disappointing [2]  50/11 50/11
disappointment [1]  51/14
disburse [1]  38/25
disbursed [1]  23/15
disclose [1]  49/25
disclosed [3]  7/15 30/24 38/14
disclosing [1]  44/14
disclosure [7]  27/13 39/20 41/6 41/17 41/18
 41/21 42/6
disclosures [1]  10/18
discovery [6]  3/19 26/8 27/5 27/12 31/9
 31/19
discretionary [2]  26/1 26/6
discuss [2]  23/4 43/12
discussed [5]  15/25 18/18 39/12 44/2 51/20
discussing [1]  19/14
discussion [9]  21/8 21/11 21/14 21/19 21/21
 29/18 30/14 30/20 51/18
discussions [1]  31/1
disingenuous [1]  21/6
dismiss [7]  4/3 16/1 31/8 32/3 32/8 37/24

**D**

dismiss... [1] 51/2
dismissal [1] 20/17
disputing [1] 22/19
distance [1] 8/23
distinction [1] 21/3
DISTRICT [3] 1/2 1/2 1/14
do [31] 4/21 8/4 8/5 10/19 16/24 18/4 18/11
  19/19 21/5 22/3 27/22 28/16 29/1 30/19
  32/13 34/3 34/23 35/2 36/13 36/23 39/6
  46/1 48/9 49/15 50/1 50/18 51/5 52/2 52/18
  54/3 54/5
docket [4] 3/23 7/22 12/9 36/14
document [2] 54/20 55/1
documentation [1] 44/20
documenting [1] 54/13
documents [1] 19/16
does [3] 29/10 29/11 34/8
doesn't [6] 17/2 23/7 28/15 32/14 50/8
  50/25
doing [6] 11/24 12/2 16/20 25/4 45/7 45/7
dollars [1] 14/11
don't [51] 6/25 10/25 10/25 14/4 14/25 15/2
  16/7 21/18 21/23 23/10 25/19 26/15 26/18
  27/6 27/11 27/14 32/8 32/21 32/21 33/21
  33/25 34/15 35/4 36/2 36/8 36/23 37/5
  37/14 37/24 38/3 39/14 39/15 39/17 39/22
  39/23 39/23 40/15 40/17 42/20 43/3 44/5
  44/11 44/21 47/16 47/20 48/2 48/13 50/19
  52/18 53/4 54/19
done [8] 16/16 20/9 29/2 31/3 33/17 43/8
  44/24 45/8
doorway [1] 24/23
doubt [3] 20/3 26/3 29/23
down [7] 17/4 17/15 30/23 38/19 47/10
  49/5 52/23
downstairs [1] 46/5
drug [2] 7/7 41/8
due [11] 13/12 13/24 13/25 14/22 15/18
  17/20 19/21 20/3 20/11 25/24 37/21
dug [1] 16/21
during [4] 21/11 21/22 23/12 41/9
duties [1] 49/23

**E**

e-mail [22] 4/14 4/18 4/22 5/7 5/17 10/21
  26/18 27/15 27/19 28/1 28/10 45/2 46/4
  46/6 46/9 46/9 47/4 47/8 47/17 47/24 48/4
  50/24
e-mails [16] 4/8 5/2 5/3 5/6 5/15 5/25 6/11
  11/1 13/3 25/12 25/20 28/5 38/4 54/1 54/2
  54/5
each [4] 9/20 11/12 26/7 33/1
earlier [3] 33/13 39/11 52/18
early [2] 8/5 8/12
easy [3] 17/14 17/16 48/16
echo [2] 18/9 20/15
effect [1] 45/2
effectively [3] 15/12 30/8 30/20
either [2] 20/17 34/16
elicit [1] 25/3
else [12] 12/3 16/15 18/7 22/15 25/11 31/3
  31/3 34/22 37/9 44/22 45/8 55/11
end [8] 21/1 22/16 24/21 24/21 31/2 33/2
  41/19 52/4
enforcement [4] 7/8 17/10 17/24 50/8

English [2] 17/2 22/8
Enlighten [2] 5/13 28/4
enough [5] 37/17 37/18 44/25 49/7 49/8
entanglement [1] 33/4
entire [3] 50/17 51/2 51/3
entitled [10] 4/2 5/13 13/9 14/22 20/2 28/4
  42/4 47/14 54/4 55/21
entity [1] 31/16
entries [1] 36/14
entry [3] 3/23 7/22 12/9
especially [1] 43/16
ESQ [4] 1/21 1/21 2/2 2/3
ethics [1] 50/19
even [12] 8/25 10/18 12/16 18/8 25/7 26/14
  26/17 31/6 34/7 37/1 38/3 43/12
evening [3] 8/5 10/1 10/17
ever [5] 29/2 29/7 35/14 35/16 51/24
every [9] 9/15 12/17 20/3 20/3 39/3 45/9
  45/20 50/2 54/23
everybody [6] 5/6 11/20 20/8 21/16 38/19
  55/16
everyone [8] 5/6 12/3 13/1 27/1 35/6 45/13
  46/9 51/22
everyone's [1] 21/1
everything [1] 18/10
evidence [1] 51/6
ex [2] 19/6 43/5
ex parte [1] 19/6
exact [3] 13/16 44/6 45/6
exactly [4] 12/9 26/8 26/10 38/5
examination [5] 7/4 15/15 31/2 33/21 33/24
examine [3] 15/12 19/9 31/4
examined [4] 19/8 31/2 31/6 37/11
example [2] 32/25 44/4
excellent [1] 22/8
except [1] 50/3
exception [1] 45/21
exchanged [1] 12/20
exchanges [1] 12/16
exclusively [1] 18/14
excuse [2] 16/2 27/16
excuses [1] 7/12
exempt [2] 9/4 9/6
exists [4] 26/18 27/25 28/10 28/14
expecting [1] 31/10
expended [1] 14/11
expense [3] 13/8 15/8 54/21
expenses [3] 11/6 11/11 54/24
experience [1] 51/6
explain [1] 22/2
explained [2] 46/10
explaining [3] 41/24 46/10 46/13
explanation [1] 10/15
explored [1] 18/24
exponentially [1] 15/22
extent [2] 28/12 38/25
extra [4] 12/1 12/2 12/3 12/4
extraditions [1] 25/2

**F**

Fabian [2] 41/14 43/17
fabrication [1] 44/19
face [2] 17/6 22/24
facing [1] 20/1
fact [11] 5/25 8/10 12/24 15/6 18/17 19/10
  24/1 33/18 46/19 46/20 48/24
facts [2] 44/11 45/22

factual [1] 29/12
failed [2] 13/11 13/11
failure [1] 32/2
fair [7] 20/8 28/7 32/2 35/7 37/15 37/22
  43/10
fairness [3] 19/21 19/22 20/11
fall [6] 39/2 39/5 39/11 39/12 39/13 40/12
farcical [1] 48/8
farther [1] 25/7
fax [1] 55/25
Federal [3] 3/14
feel [2] 4/1 32/14
feeling [2] 19/12 19/15
feet [3] 14/16 14/18 35/3
felt [2] 3/22 44/15
Ferguson [1] 55/23
few [2] 19/9 29/2
field [2] 6/1 6/6
figure [1] 6/9
file [15] 12/11 16/1 16/9 17/8 17/22 18/19
  20/19 27/7 32/10 33/11 33/12 34/2 34/18
  35/9 55/12
filed [13] 6/9 6/10 6/12 13/9 18/5 25/23
  34/1 36/14 36/17 37/13 40/9 45/4 49/14
filing [3] 14/20 18/25 32/18
filled [1] 55/5
financial [1] 12/17
Financially [1] 17/16
find [9] 4/17 11/3 19/18 28/18 31/20 34/8
  50/10 50/11 52/20
finding [4] 21/5 21/7 21/10 21/13
finds [1] 47/12
fine [1] 40/1
FINKELSTEIN [4] 1/8 1/21 3/3 41/16
fire [2] 14/17 14/19
first [17] 7/23 7/25 10/13 10/16 16/3 16/10
  20/24 21/19 27/21 29/6 32/13 35/11 35/18
  37/23 49/16 49/17 50/2
five [1] 5/23
fix [1] 50/25
FL [2] 2/10 55/24
Flagler [1] 2/4
flew [2] 10/1 35/21
flies [1] 22/24
flip [1] 14/6
FLORIDA [5] 1/2 1/8 1/19 1/23 2/5
flsd.uscourts.gov [1] 2/11
focused [1] 21/2
followed [3] 4/15 4/23 29/8
following [2] 41/12 43/22
forces [1] 50/6
foregoing [1] 55/20
foreign [1] 5/23
Forget [1] 12/21
form [2] 31/17 55/4
forward [1] 21/2
forwarded [5] 45/3 46/7 46/9 47/5 48/4
found [6] 7/19 14/2 16/9 41/18 42/19 47/1
four [5] 16/18 22/13 23/22 23/24 28/22
Fourth [1] 34/14
frankly [2] 30/10 44/19
front [4] 22/21 24/13 24/22 24/24
frustrated [1] 49/19
full [1] 31/13
fundamental [1] 19/22
funds [4] 29/16 29/19 29/25 38/24
further [5] 7/14 7/17 8/6 8/22 31/4

**F**

future [1]  31/18

**G**

gave [4]  25/25 45/6 45/9 46/19
generated [1]  53/1
get [34]  4/21 5/9 5/24 7/3 10/11 10/23 10/24
  10/24 13/6 14/21 17/22 18/6 19/15 20/3
  20/4 20/13 20/14 24/1 24/24 24/25 25/5
  25/19 26/12 26/13 27/23 29/11 32/8 35/5
  35/8 42/2 42/3 48/17 51/24 54/23
gets [1]  20/8
getting [1]  18/20
gigabytes [1]  16/7
Giglio [5]  30/6 30/9 30/11 33/19 36/16
give [8]  6/2 26/18 31/4 31/17 32/9 37/21
  45/24 49/15
given [7]  11/9 11/12 11/13 11/15 19/11 43/4
  51/6
giving [1]  11/18
glib [1]  14/6
go [13]  16/23 16/24 17/1 17/15 17/18 17/21
  25/7 26/16 36/13 38/19 41/4 49/11 51/23
goes [5]  19/20 27/2 27/4 33/19 43/3
going [20]  7/10 12/13 12/25 17/3 18/11
  18/19 20/10 20/20 35/10 37/3 37/4
  37/17 44/3 44/11 49/6 51/10 51/23 52/11
  52/20
gone [1]  44/3
Good [3]  3/6 3/9 3/13
gossip [1]  47/6
got [15]  6/14 17/20 17/21 23/18 24/11 25/4
  26/7 32/23 32/24 38/10 38/10 43/1 45/14
  46/6 50/20
gotten [1]  23/19
GOVERNMENT [34]  1/17 4/3 7/6 7/15 8/9
  9/20 9/23 10/24 13/11 13/22 14/5 16/10
  16/12 18/13 18/20 19/17 29/10 29/11 31/16
  31/25 32/2 33/4 33/5 34/2 36/21 37/14
  37/18 41/6 41/17 45/1 47/12 49/7 50/17
  55/5
Government's [2]  25/24 46/25
governmental [4]  15/1 16/4 36/19 39/22
grant [1]  14/4
ground [1]  31/5
group [8]  11/10 11/10 11/11 13/2 32/23
  32/24 33/2 33/3
groups [6]  4/12 9/15 9/16 12/11 12/14 29/4
grown [1]  15/22
guess [1]  26/11
Guillermo [5]  9/7 9/24 10/4 10/9 12/13
guilt [1]  19/24
guilty [1]  42/19
guy [1]  37/9

**H**

had [53]  6/7 6/11 6/19 7/20 8/1 8/3 8/17
  8/19 9/7 10/18 10/19 15/14 16/11 16/20
  17/4 18/17 19/2 21/8 21/11 21/14 21/19
  22/3 22/13 23/19 24/23 25/13 25/25 26/14
  30/20 30/24 33/7 33/12 33/13 35/9 36/6
  39/2 39/12 40/12 41/10 42/2 42/12 43/2
  44/13 44/16 44/19 44/24 45/4 45/7 45/16
  49/11 49/14 52/24 53/2
hadn't [1]  44/24
hairs [1]  29/9

half [2]  22/15 30/16
hallway [1]  24/22
handled [1]  33/20
handles [1]  54/19
handling [2]  5/5 25/20
hands [4]  12/17 12/20 19/13 33/7
hands-on [1]  19/13
happen [2]  14/12 31/6
happened [11]  7/19 9/23 13/20 17/4 18/22
  22/3 25/2 33/7 34/13 48/2 48/14
happens [2]  7/6 7/7
happy [1]  38/12
hard [4]  21/7 21/10 21/13 28/18
harm [2]  13/13 13/18
has [41]  5/6 9/8 12/12 12/20 13/20 14/19
  14/19 15/22 17/3 17/20 17/20 19/19 28/19
  29/2 29/7 30/15 31/1 31/3 31/6 34/1 34/6
  34/10 35/5 37/4 37/15 37/18 38/25 44/4
  44/4 44/18 44/23 46/1 46/19 47/14 48/20
  50/2 50/4 50/12 50/16 50/18 52/5
have [117]
haven't [3]  17/3 28/20 37/8
having [5]  14/3 26/25 44/8
he [68]
head [2]  26/12 26/23
hear [5]  7/21 11/3 16/16 18/4 22/20
heard [5]  7/23 7/24 12/11 28/17 29/20
hearing [7]  14/3 23/12 25/6 30/25 39/2
  40/12 44/14
hearings [2]  39/12 45/24
heavily [1]  5/21
HELAINE [3]  2/3 3/13 5/4
held [2]  14/16 14/18
her [12]  7/13 8/2 8/12 14/18 23/10 31/2
  31/4 36/5 36/10 36/11 49/6 52/7
here [23]  4/8 4/11 5/6 6/23 8/12 13/5 14/24
  19/14 23/6 23/20 24/16 35/2 37/10 40/20
  40/21 42/17 43/11 46/24 47/8 51/6 52/12
  53/6 53/9
here's [1]  14/4 47/10
hereby [1]  54/25
hesitation [1]  9/18
hidden [1]  12/5
hide [1]  47/14
him [18]  10/8 10/12 11/9 11/17 17/4 17/5
  17/21 22/11 22/20 23/6 25/17 25/17 25/18
  37/22 40/17 44/8 46/8 47/22
his [12]  10/6 16/13 23/5 29/17 30/17 44/5
  44/7 44/19 44/20 45/15 47/24 48/1
HOFFMAN [35]  1/17 3/5 5/4 5/22 6/25
  7/19 8/10 8/18 8/19 9/25 10/5 10/6 10/9
  20/22 20/23 21/11 21/14 35/4 35/25 36/5
  36/5 40/8 41/20 41/24 42/5 43/19 47/4 47/8
  48/5 49/6 50/3 50/4 51/1 51/17 52/4
Hoffman's [1]  14/16
Hold [1]  52/11
honestly [1]  26/24
Honor [68]
Honor's [3]  13/20 36/10 36/11
HONORABLE [1]  1/13
hopefully [1]  17/16
horns [1]  20/11
hour [3]  22/13 22/14 44/15
hours [1]  34/4
how [36]  4/20 4/25 7/11 10/2 10/16 11/9
  12/20 15/10 15/14 15/15 15/16 15/21 16/7
  16/7 19/1 19/6 21/5 22/24 24/4 25/2 25/2

26/12 27/22 30/4 31/18 35/5 36/8 37/11
  38/24 39/15 40/17 41/21 46/1 50/20 53/11
  54/15
however [1]  51/10
huge [2]  18/1 38/11
hundreds [1]  16/8

**I**

I'll [8]  7/1 18/6 28/6 38/12 39/15 39/24
  49/18 55/16
I'm [39]  6/4 14/5 14/6 14/20 14/21 14/21
  14/24 15/20 15/24 16/23 17/19 17/22 21/10
  21/13 22/18 23/23 24/21 25/10 26/11 26/22
  27/3 29/9 30/18 33/17 38/5 38/6 38/7 38/7
  39/4 39/8 40/2 40/24 42/20 45/8 46/10
  46/13 47/8 52/11 54/7
I've [1]  36/24
iceberg [1]  37/2
idea [2]  17/3 26/11
identified [2]  10/7 53/19
ill [1]  29/22
illegal [1]  11/25
immediately [2]  4/19 4/22
impeachment [2]  30/7 33/19
implication [1]  28/9
important [2]  19/2 19/6
imprisonment [1]  20/2
in-between [1]  47/23
inability [2]  17/7 17/9
inaccurate [1]  18/22
inappropriate [1]  32/4
included [1]  43/24
including [1]  7/8
incorrect [1]  23/23
increments [1]  33/1
incumbent [1]  37/14
indeed [2]  19/18 19/19
indicate [2]  13/3 38/4
indication [1]  28/13
indicative [1]  5/21
indictment [1]  50/14
indictments [1]  25/1
indiscretionary [1]  33/19
individual [13]  11/12 11/13 11/15 17/1
  23/17 29/3 32/20 32/23 33/18 35/1 50/14
  50/18 54/19
individuals [10]  41/7 41/10 41/12 41/23
  42/11 43/13 47/18 48/15 48/25 53/19
ineffectively [1]  26/20
information [36]  4/11 4/24 5/9 5/24 6/12
  7/1 7/5 7/15 7/20 7/21 9/10 14/21 16/19
  17/22 18/20 18/21 20/14 23/19 25/25 33/8
  33/11 33/13 35/9 35/10 36/3 36/6 36/7 38/4
  41/11 42/4 42/12 43/22 44/8 45/20 46/1
  49/5
informed [5]  9/4 9/25 19/10 19/23 41/22
informias [1]  53/5
initiated [1]  52/25
innocence [1]  19/24
inquire [1]  46/16
inquired [1]  9/22
inquiries [1]  12/10
inquiring [1]  46/17
inquiry [10]  6/25 7/13 7/17 8/6 8/23 9/10
  10/5 35/13 36/10 36/11
instance [2]  19/8 37/17
instantaneously [1]  9/18

**I**

instigation [1] 16/4
instruction [1] 33/22
intelligence [1] 53/5
intentioned [1] 29/22
internal [2] 54/25 55/1
interpretations [1] 16/13
interpreted [2] 22/14 22/15
interpreter [3] 22/4 22/5 22/7
interpreting [1] 22/9
investigate [2] 17/15 43/2
investigated [2] 44/3 47/1
investigating [1] 11/10
investigation [19] 12/12 12/14 15/6 16/5
 16/17 17/23 18/4 18/15 37/4 38/9 41/8
 43/23 44/25 45/11 45/23 49/15 52/22 53/16
 53/18
investigations [1] 15/8
involved [5] 5/21 18/15 19/7 19/12 42/3
involvement [3] 11/15 19/2 44/20
involving [1] 50/5
is [197]
isn't [2] 17/19 26/6
issue [12] 4/11 11/5 18/11 26/3 26/5 30/6
 32/19 34/10 37/1 48/23 49/17 51/8
issues [2] 27/12 33/19
it [198]
it's [10] 7/11 12/5 12/5 26/5 27/6 28/3 35/11
 50/13 50/16 52/19
its [2] 12/14 42/5

**J**

job [2] 12/19 37/20
JOHN [3] 1/8 1/21 3/3
joined [1] 52/24
joint [14] 4/3 6/14 16/2 16/3 17/8 18/8
 23/23 32/18 32/22 34/6 34/8 35/2 36/15
 50/6
JOSE [10] 1/9 1/21 1/22 2/2 3/3 5/4 8/2
 17/20 36/2 41/16
Jr [1] 55/23
JUDGE [57]
judgment [3] 15/9 19/23 51/10
jury [7] 6/21 7/13 8/11 15/5 15/11 33/8 33/10
jury's [1] 19/22
just [40] 5/9 5/20 6/24 8/16 11/9 13/13
 14/14 14/23 16/24 17/16 17/21 18/2 18/6
 19/21 21/5 22/25 27/3 27/4 27/16 28/10
 28/21 30/5 31/23 32/24 34/25 36/8 36/25
 38/6 38/7 38/10 38/15 39/8 41/9 44/16 48/7
 50/13 51/17 51/23 52/7 52/18
justice [1] 14/1

**K**

Kash [2] 3/14 8/3
KASHYAP [1] 2/2
keeps [2] 35/10 38/18
kept [1] 19/10
kidnapped [1] 35/1
kind [4] 11/18 12/2 25/19 54/16
kinds [1] 33/23
knew [14] 6/7 8/7 8/11 10/16 10/16 23/11
 23/12 26/24 28/14 35/11 36/2 36/5 45/20
 46/14
know [53] 4/23 4/25 6/3 6/3 6/25 8/7 8/20
 9/11 10/17 12/21 13/1 13/3 13/9 13/24

14/16 15/2 15/4 16/7 17/13 18/3 18/8 18/12
 18/17 18/24 20/7 23/14 23/17 23/19 25/23
 26/15 29/8 31/17 34/4 37/14 37/22 38/2
 38/2 38/4 42/20 45/3 46/1 47/16 47/20 48/2
 48/10 48/13 48/17 50/9 52/1 52/18
 54/9 54/12
knowing [2] 15/17 46/18
knowledge [2] 30/15 38/20
known [4] 15/14 16/20 26/1 49/11
knows [6] 10/17 11/20 15/11 16/16 17/14
 50/9
KRISTINA [3] 1/21 3/9 5/4
Kyles [1] 36/16

**L**

labored [1] 18/12
lack [1] 21/6
lanced [1] 26/3
language [1] 16/14
larger [1] 12/10
last [7] 3/19 3/21 7/23 16/20 29/17 41/2
 49/20
later [4] 4/15 40/21 45/18 51/9
law [11] 13/12 17/10 17/24 30/9 30/10 31/9
 31/23 31/24 34/5 37/20 50/8
lawyer [2] 23/5 46/15
lawyers [2] 43/24 46/20
lead [2] 9/4 9/5
learned [2] 19/8 45/11 49/13
learning [1] 33/6
least [8] 21/20 28/6 31/11 31/22 32/12
 37/25 50/4 53/13
leave [2] 7/1 55/12
left [2] 6/1 6/6
legal [2] 4/21 27/22
Lenard [1] 42/12
lenient [1] 35/6
less [1] 34/4
let [4] 4/5 4/23 8/20 25/15
let's [8] 10/22 15/3 25/7 26/16 41/4 47/17
 48/16 49/17
letter [30] 38/13 40/25 41/1 41/4 41/23
 41/25 42/6 42/7 42/10 42/21 43/1 43/7
 43/20 44/1 44/21 45/21 45/24 46/2 47/4
 47/7 47/9 47/11 47/13 48/3 48/6 48/7 48/10
 48/20 48/25 51/19
level [1] 51/11
life [2] 13/17 20/2
light [1] 7/21
like [19] 4/9 4/13 7/11 8/24 11/19 11/19
 12/5 20/24 21/16 23/1 25/14 33/24 36/19
 43/2 44/15 46/16 54/9 54/12 54/18
likely [1] 47/25
line [2] 11/2 45/16
lines [2] 23/24 35/13
listed [1] 43/16
Listen [1] 48/15
litigate [1] 35/2
litigated [2] 6/23 36/20
litigation [1] 5/8
little [3] 11/19 15/22 50/23
loathe [1] 51/2
lockup [1] 43/13
long [6] 12/25 18/18 24/20 36/24 41/19 51/5
longer [2] 44/5 44/7
look [7] 13/14 13/18 17/4 17/5 36/4 39/15
 39/25

looked [1] 11/19
looking [3] 13/16 14/23 47/25
lot [5] 12/22 12/23 14/17 19/19 51/6
lunch [1] 21/1

**M**

ma'am [13] 3/25 27/18 35/17 40/23 51/12
 52/23 52/25 53/20 53/23 54/4 54/11 55/3
 55/7
machine [1] 17/19
made [12] 4/10 7/18 8/9 9/10 31/5 41/3 41/6
 43/8 44/24 47/6 54/15 54/16
mail [22] 4/14 4/18 4/22 5/7 5/17 10/21
 26/18 27/15 27/19 28/1 28/10 45/2 46/4
 46/6 46/9 46/9 47/4 47/8 47/17 47/24 48/4
 50/24
mails [16] 4/8 5/2 5/3 5/6 5/15 5/25 6/11
 11/1 13/3 25/12 25/20 28/5 38/4 54/1 54/2
 54/5
major [1] 12/19
make [11] 8/6 8/22 10/5 10/18 14/8 19/23
 20/4 20/7 20/12 28/15 39/8
making [1] 49/1
malicious [1] 29/22
mandatory [1] 13/17
manner [3] 11/23 31/22 45/1
many [5] 16/7 16/8 26/12 53/4 53/11
MARANGES [3] 1/21 3/10 5/4
March [2] 44/12 44/14
MARCIA [1] 1/13
Martin [5] 8/11 8/17 8/25 54/8 54/11
material [4] 5/24 13/21 14/8 52/1
materials [6] 5/20 10/11 30/7 36/18 36/24
 51/24
matter [8] 19/17 19/21 20/17 38/13 41/19
 47/1 50/23 55/21
matters [2] 6/18 19/21
Maxwell [6] 5/5 5/18 25/12 25/17 25/20
 28/13
may [22] 1/7 3/24 4/15 6/13 6/15 6/17 7/14
 7/20 10/10 20/17 22/18 25/24 25/25 39/5
 41/7 46/22 49/14 49/21 51/9 55/8 55/12
 55/14
May 17th [1] 25/24
May 19th [1] 10/10
May 20th [3] 6/17 25/25 49/21
May 21st [1] 7/20
May 3rd [1] 49/14
May the [1] 4/15
maybe [6] 6/7 14/17 17/19 32/8 45/5 48/14
me [74]
mean [10] 11/18 11/22 17/1 18/2 22/25
 23/10 25/18 32/21 36/8 50/24
meaning [1] 11/10
means [2] 21/4 50/18
Medellin [1] 12/19
meet [2] 12/11 38/22
meetings [9] 7/10 18/17 37/3 37/5 38/21
 52/8 52/9 52/13 53/2
member [2] 11/12 33/1
men [1] 13/22
mention [1] 41/9
mentioned [1] 23/25
merit [3] 41/18 47/2 47/13
meritorious [2] 34/15
met [5] 16/19 17/10 17/11 17/11 46/3
MIAMI [11] 1/8 1/19 1/23 2/5 2/9 2/10

# M

MIAMI... [5]  8/24 53/25 54/7 55/24 55/24
might [13]  3/22 10/2 12/22 15/5 15/9 15/19
  17/5 33/24 38/16 44/14 44/16 47/21 51/8
mildly [2]  13/24 14/1
miller [4]  2/8 2/11 55/22 55/22
millions [1]  14/10
minimum [2]  13/16 37/4
minutes [3]  6/23 6/24 19/9
misapprehension [1]  29/22
misconduct [2]  15/1 32/5
misimpression [1]  18/13
misrepresentation [3]  14/8 14/9 14/9
misrepresentations [2]  4/6 13/21
missing [1]  17/19
mistake [7]  26/25 26/25 27/2 27/4 30/1
  44/24 47/6
mistrial [8]  4/4 20/18 32/6 32/9 32/15 34/18
  38/1 51/3
MLAT [2]  40/3 40/10
MLATs [3]  36/19 39/22 52/5
modern [1]  50/24
moment [2]  27/21 51/17
Monday [23]  6/17 7/24 8/13 10/16 10/22
  21/8 21/19 23/12 23/16 23/18 26/24 29/6
  33/7 33/12 35/4 35/8 35/9 35/10 36/2 36/3
  36/6 36/7 49/21
money [15]  7/11 11/9 12/2 12/4 12/16 12/20
  12/22 13/6 13/8 15/9 33/3 38/7 52/19 54/19
  54/21
monies [15]  4/12 7/5 26/1 26/1 27/10 27/11
  27/12 28/14 29/3 29/16 29/24 30/1 32/19
  39/6 42/24
month [3]  4/15 4/18 9/21
months [5]  18/12 26/15 28/23 44/5 44/7
monumentally [2]  17/7 17/9
more [11]  19/12 19/13 19/19 25/18 28/25
  29/12 30/1 31/4 45/16 46/10 47/21
morning [10]  3/7 3/9 3/13 7/3 7/25 26/21
  51/15 51/22 54/10 55/17
most [2]  33/15 33/20
motion [37]  3/19 4/3 4/4 4/9 6/9 6/10 6/14
  6/23 8/15 12/9 13/10 13/13 16/1 16/9 17/8
  17/23 18/2 18/8 18/19 18/25 19/20 23/23
  25/23 27/7 31/8 32/3 32/18 33/11 34/1
  34/16 35/9 36/15 36/17 36/20 37/23 38/1
  55/13
motions [4]  18/5 20/19 32/10 37/13
motivated [2]  47/16 47/20
move [1]  14/14
moved [1]  34/6
moving [1]  21/2
Mr [2]  3/12 3/15
Mr. [45]  3/8 3/10 3/16 3/20 10/2 15/3 15/25
  18/7 18/10 18/17 20/6 20/15 21/24 22/14
  22/17 24/22 25/12 26/10 26/14 27/6 27/7
  27/16 29/4 29/6 29/17 30/13 31/1 31/5
  31/15 32/7 34/22 37/16 38/18 41/4 41/16
  42/19 44/4 45/14 45/15 45/17 46/12 51/2
  51/2 51/16 52/16
Mr. Bustos [1]  44/4
Mr. Cardona [1]  42/19
Mr. Finkelstein [1]  41/16
Mr. Patel [21]  3/16 3/20 15/3 18/10 20/6
  20/15 25/12 26/10 26/14 27/6 27/16 30/13
  31/1 31/15 34/22 38/18 41/4 45/14 45/17

51/2 51/16
Mr. Patel's [2]  18/17 32/7
Mr. Quinon [10]  3/10 10/2 15/25 18/7 27/7
  31/5 37/16 45/15 46/12 51/2
Mr. Torbert [2]  29/4 29/6
Mr. Turke [5]  21/24 22/14 22/17 24/22
  52/16
Mr. Turke's [1]  29/17
Mr. Winer [1]  3/8
Ms [19]  8/10 10/5 14/16 21/11 21/14 23/9
  24/20 25/12 25/20 28/13 31/1 41/20 41/24
  47/4 49/6 50/3 50/4 51/16 52/4
Ms. [24]  6/25 7/19 8/18 8/19 9/25 10/6 10/9
  15/11 20/23 22/25 23/8 24/20 25/17 35/4
  35/8 36/5 40/8 42/5 43/19 47/8 48/5 48/9
  51/11 51/17
Ms. Batoff [4]  15/11 22/25 23/8 48/9
Ms. Hoffman [26]  6/25 7/19 8/18 8/19 9/25
  10/6 10/9 20/23 35/4 35/8 36/5 40/8 42/5
  43/19 47/8 48/5 51/11 51/17
Ms. Maxwell [1]  25/17
Ms. Wood [1]  24/20
much [12]  12/16 12/20 19/2 19/6 19/10
  19/12 19/12 19/13 20/5 46/10 46/13 55/8
multiple [1]  7/7
my [56]
myself [2]  49/15 53/13

# N

name [1]  41/13
names [3]  9/16 41/9 42/9
National [3]  39/1 54/25 55/2
nature [2]  23/14 31/14
necessarily [1]  47/9
necessary [2]  5/10 33/25
need [6]  8/22 20/16 27/12 29/4 34/23 45/10
needed [2]  23/18 23/20
needing [1]  31/10
needs [2]  37/22 48/1
never [3]  13/19 28/17 28/19
next [3]  14/14 25/5 32/16
nice [1]  37/19
night [12]  3/19 3/21 7/24 7/24 8/13 9/25
  21/8 23/11 23/18 29/6 33/12 41/2
no [32]  1/3 6/14 7/24 10/6 10/15 12/23 17/3
  18/9 21/4 22/23 24/6 24/19 25/4 27/2 29/2
  31/2 34/12 36/6 40/7 40/16 41/18 42/1 42/2
  44/22 46/3 48/24 48/24 52/10 53/4 53/23
  54/4 55/7
non [1]  34/12
non-American [1]  34/12
noon [1]  8/1
North [1]  55/24
not [85]
notations [1]  44/7
nothing [3]  11/23 14/11 38/10
notice [2]  45/4 49/16
notified [2]  9/24 44/13
now [33]  3/22 5/16 5/19 7/1 7/20 8/4 8/8
  10/15 10/17 12/23 14/2 15/11 15/17 16/9
  16/23 17/1 17/3 17/25 23/25 33/14 34/2
  36/23 38/12 41/17 42/9 43/12 48/7 48/10
  48/18 49/10 52/1 52/20 53/7
number [8]  19/5 25/1 25/1 25/12 28/25
  32/24 42/15 43/8
NW [1]  1/19

# O

o'clock [4]  3/18 38/14 41/2 42/7
objected [1]  42/5
obligation [1]  45/22
occur [1]  46/18
occurred [1]  37/18
October [4]  9/9 36/14 36/16 40/9
October 15th [1]  36/14
October 2010 [1]  9/9
off [2]  35/8 51/18
office [14]  1/18 2/3 3/6 3/15 4/11 4/16 4/20
  17/15 18/18 41/24 47/17 49/22 50/5 50/16
officer [12]  7/3 7/14 9/15 10/12 10/13 11/8
  12/17 13/5 16/13 24/15 26/7 40/2
officers [12]  7/7 7/9 9/19 15/7 17/24 22/21
  24/1 38/22 38/22 39/10 49/23 52/2
Official [2]  2/9 55/23
officials [2]  17/24 53/2
often [2]  14/19 28/21
Oh [1]  7/23
Okay [1]  51/18
once [4]  4/7 12/11 12/12 45/18
one [33]  4/15 5/7 6/19 6/24 7/18 9/20 10/2
  11/7 13/15 14/23 18/2 20/9 21/25 24/15
  24/21 27/18 27/19 27/21 29/2 29/12 29/15
  29/20 31/3 31/20 32/13 34/2 38/16 38/23
  42/16 43/4 44/22 48/20 48/20
ongoing [1]  5/19
only [2]  4/1 27/10
open [3]  11/23 15/21 19/4
openings [1]  21/2
openly [2]  12/6 12/7
openness [1]  12/25
operating [1]  54/21
operation [2]  23/13 54/23
operational [4]  11/6 29/16 29/19 29/25
opinion [1]  30/5
opportunity [4]  8/4 32/9 43/2 51/25
oppose [1]  48/12
optimum [1]  33/15
option [1]  32/12
oral [2]  52/8 52/9
ordered [2]  42/5 52/7
orders [1]  31/13
ordinary [1]  31/23
original [6]  25/8 26/17 47/4 48/6 48/7 50/21
originally [2]  47/18 48/23
other [10]  17/25 24/21 32/11 34/19 34/20
  37/12 51/9 51/19 53/15 53/16
others [1]  6/20
otherwise [1]  20/13
ought [1]  8/20
our [12]  4/2 7/25 15/22 17/7 19/24 20/18
  20/19 36/23 42/14 48/6 48/13 48/21
ourselves [1]  14/18
out [18]  3/10 6/9 7/19 13/1 14/2 16/19 19/3
  19/18 22/17 24/23 29/3 32/25 45/14 46/18
  48/22 52/20 55/5 55/9
outlined [1]  4/2
outrageous [5]  4/3 15/1 20/17 37/18 37/24
outside [3]  34/13 36/22 52/16
over [18]  4/24 6/8 7/9 16/20 28/11 32/9
  38/9 39/21 39/24 40/6 40/10 40/13 40/20
  40/22 40/25 43/5 50/3 50/5
overcome [1]  51/7
own [6]  7/13 8/9 21/7 23/5 24/5 45/10

**P**

P-R-O-C-E-E-D-I-N-G-S [1] 3/1
P.M [1] 55/18
PA [1] 1/22
Pacheco [5] 7/3 7/14 10/13 16/13 21/23
page [4] 23/22 23/24 35/13 41/19
Pages [1] 1/10
paid [8] 7/5 9/14 9/21 24/24 24/25 27/10
 32/20 32/20
paraphrasing [1] 29/5
parsed [1] 32/25
part [4] 11/20 11/21 11/25 39/20
parte [2] 19/6 43/5
particular [1] 19/13
particularly [1] 44/2
partner [3] 45/15 52/24 53/13
pass [2] 29/11 45/17
past [8] 15/14 28/23 28/24 29/2 34/6 35/5
 50/3 50/5
PATEL [24] 2/2 3/12 3/14 3/16 3/20 15/3
 18/10 20/6 20/15 25/12 26/10 26/14 27/6
 27/16 30/13 31/1 31/15 34/22 38/18 41/4
 45/14 45/17 51/2 51/16
Patel's [2] 18/17 32/7
pay [1] 54/18
paying [1] 12/19
payment [4] 11/12 11/25 12/1 49/24
payments [7] 11/13 11/16 11/18 11/21 39/6
 54/13 54/15
payroll [2] 54/16 54/18
peep [1] 11/3
pejorative [1] 23/10
people [18] 8/20 12/19 16/8 16/19 21/4
 21/20 22/3 23/17 23/19 25/2 29/3 43/24
 46/14 47/18 48/11 48/12 49/10 51/9
perception [1] 29/1
period [1] 7/9
perks [1] 25/4
person [5] 22/9 23/6 23/6 32/21 47/21
personal [1] 51/1
personally [4] 49/19 50/10 50/11 51/11
persons [2] 32/23 44/13
perversion [1] 14/1
phone [1] 50/24
physical [2] 44/19 45/21
pick [1] 32/24
picking [1] 50/24
pin [3] 26/13 26/23 29/9
plain [1] 9/12
Plaintiff [1] 1/7
plan [2] 23/13 54/16
planned [5] 27/10 27/11 28/14 29/16 30/1
play [2] 28/7 43/10
played [2] 10/13 16/10
players [1] 45/10
pleading [2] 36/4 49/14
pleadings [2] 42/9 9/18
please [6] 4/23 27/7 27/17 41/25 45/17
 51/16
point [15] 7/12 7/12 12/24 17/2 26/6 26/7
 26/7 32/11 35/3 37/23 38/17 44/12 48/5
 50/20 50/23
poke [1] 25/18
poked [2] 25/18 25/19
poking [1] 25/17
police [14] 9/15 11/8 13/5 15/7 22/21 24/1

38/22 38/22 39/1 39/10 49/22 52/2 54/25
 55/2
position [1] 42/24
possession [1] 39/4
possible [2] 31/11 31/22
potential [3] 15/5 16/22 44/16
potentially [1] 17/20
precedent [1] 14/15
precept [1] 8/12
prejudice [10] 16/25 18/1 18/11 18/12
 32/17 36/13 36/25 38/10 43/17 51/8
prejudiced [4] 15/17 17/5 17/7 17/9
premise [1] 31/9
prep [2] 22/13 22/14
prepping [1] 25/21
prerogative [1] 34/16
present [1] 8/12
pretrial [1] 6/18
pretty [4] 11/4 37/20 43/15
primary [1] 32/17
prior [3] 4/18 35/14 49/21
prison [1] 13/17
privileges [1] 34/14
probably [2] 15/22 48/12
problem [3] 14/3 35/12 46/24
procedure [1] 11/24
proceed [5] 3/24 4/25 15/10 31/21 31/22
proceeding [5] 8/15 16/14 30/12 35/3 41/9
proceedings [7] 1/13 3/18 17/2 30/18 37/15
 55/18 55/21
process [8] 3/12 13/23 13/25 14/22 17/20
 19/21 20/11 37/21
produce [1] 39/11
produced [2] 39/3 40/11
product [1] 39/9
production [1] 36/15
productive [2] 5/12 28/2
professional [3] 16/13 22/5 51/14
professionally [1] 50/10
prompt [1] 31/13
prong [2] 16/3 32/7
properly [1] 30/5
prosecuting [2] 14/10 50/5
prosecution [1] 14/13
prosecutor [5] 10/7 24/2 24/9 35/23 35/24
prosecutors [1] 17/11
protocol [1] 11/24
provide [3] 5/14 7/9 28/5
provided [3] 39/1 42/6 42/8
Public [2] 2/3 3/14
punish [2] 31/25 32/2
punishment [1] 31/17
purpose [2] 31/12 32/1
pursue [1] 20/18
put [6] 13/24 14/1 36/18 44/10 46/8 49/7

**Q**

question [24] 11/22 12/6 12/7 14/17 15/3
 15/19 23/23 23/25 24/4 24/8 24/10 24/13
 24/15 24/18 25/3 29/13 30/11 30/23 33/14
 34/9 34/11 35/14 39/6 54/7
questioned [1] 7/14
questioning [2] 9/25 35/12
questions [6] 14/24 16/22 17/10 17/12
 34/20 38/12
quiet [1] 51/1
QUINON [13] 1/21 1/22 3/10 5/4 10/2
 15/25 18/7 27/7 31/5 37/16 45/15 46/12

51/2
quip [1] 12/21
quite [1] 51/4
quiz [1] 29/10
quotations [1] 8/16
quote [1] 36/4

**R**

re [3] 4/17 52/5 52/7
re-deliver [2] 52/5 52/7
re-sent [1] 4/17
reactive [1] 14/21
read [3] 25/13 25/16 25/17 27/16
reading [2] 23/23 42/21
real [2] 10/22 34/10
really [5] 5/11 14/15 23/19 28/2 38/2
reason [4] 14/25 15/4 28/15 49/25
reasons [2] 11/7 19/5
recall [2] 21/23 53/12
recantation [1] 46/14
recanted [3] 46/2 46/19 47/19
recanting [2] 47/17 47/24
receipt [1] 54/6
receive [4] 4/13 15/7 15/9 52/3
received [11] 4/19 11/21 22/22 29/3 39/4
 42/7 42/7 43/20 43/22 49/23 54/21
receives [2] 12/12 12/4
recent [2] 44/19 45/12
recess [1] 21/1
recognize [1] 51/5
record [6] 3/2 10/7 34/24 42/23 44/22 51/18
records [3] 44/5 44/6 44/18
redo [1] 17/23
reduce [1] 48/1
Regardless [1] 21/25
regular [1] 7/6
Rehnquist [1] 37/16
related [1] 36/18
relates [2] 36/25 41/12
relationship [1] 19/1
relevant [2] 5/9 34/7
relief [2] 14/4 31/25
reluctant [1] 51/3
remedies [1] 20/19
remedy [5] 3/22 4/1 8/22 14/12 20/16
remember [3] 39/2 44/13 44/21
remembers [1] 39/9
removed [1] 9/2
reopening [1] 33/20
repeatedly [3] 18/16 42/6 48/5
report [6] 37/8 39/3 39/5 54/2 54/16 55/4
Reported [1] 2/8
Reporter [2] 2/9 55/23
reports [42] 4/12 4/22 6/2 6/3 7/10 10/10
 12/10 12/12 19/11 19/17 27/23 37/3 37/5
 38/6 38/8 38/18 38/21 38/24 38/25 39/7
 39/10 39/12 39/17 39/19 39/24 52/10 52/17
 52/18 53/1 53/3 53/5 53/6 53/8 53/10 53/11
 53/14 53/15 53/16 53/19 53/22 54/6 54/13
represent [2] 3/15 42/11
representation [1] 30/17
representations [1] 8/9
represented [3] 18/22 19/18 48/12
represents [1] 34/3
request [4] 3/19 4/10 4/16 5/19 5/19 9/3
 25/8 25/9 26/8 26/16 27/5 36/18 48/6 50/21
requested [3] 9/1 51/24 52/1

**R**

requesting [2]  6/12 36/24
require [1]  33/22
required [1]  13/12
requires [2]  16/3 20/12
resend [1]  4/17
reserve [1]  51/10
resolve [1]  50/23
respect [2]  15/18 30/9
respond [3]  11/1 25/8 34/4
responded [1]  5/1
responding [1]  14/20
response [9]  4/13 4/19 5/19 6/1 6/15 10/6
 25/24 27/17 27/22
responsibility [5]  12/3 50/13 50/13 50/16
 50/18
responsible [1]  52/21
restrictive [2]  31/22 32/13
result [4]  31/12 31/12 33/14 33/15
results [4]  30/3 30/12 30/23 31/19
returned [2]  48/19 48/20
reveal [1]  12/10
right [11]  3/11 7/18 12/23 17/3 19/22 20/3
 28/20 32/1 33/14 49/18 55/16
rightly [1]  35/7
risks [2]  46/16 46/18
RMR [2]  2/8 55/22
road [1]  38/19
rocket [1]  50/25
room [6]  2/9 3/10 9/2 22/3 22/17 24/20
rule [4]  9/2 9/5 9/6 34/22
ruled [1]  10/19

**S**

said [51]  7/23 7/23 7/24 8/10 8/17 8/19 8/20
 8/21 9/18 11/13 11/18 14/16 20/6 21/8
 21/11 21/13 21/17 21/21 21/24 22/1 22/11
 22/12 22/18 22/19 22/25 23/2 23/16 26/2
 26/14 27/20 28/19 28/22 29/4 29/6 29/7
 29/8 30/23 32/13 35/8 37/16 39/23 41/22
 42/22 43/9 44/22 44/24 47/5 47/19 48/15
 51/13 52/8
SALAZAR [5]  1/9 2/2 3/3 3/15 41/16
same [7]  4/16 4/18 10/7 16/14 18/21 30/10
 38/20
sanction [1]  31/11
sanctions [1]  31/14
sang [1]  23/1
sat [1]  49/5
satisfy [1]  49/7
saw [3]  25/19 29/15 29/20
say [15]  12/23 12/25 13/18 13/25 17/6
 20/11 20/11 25/15 29/12 43/3 47/17 49/19
 51/13 52/17 54/24
saying [6]  13/2 14/20 21/24 27/3 36/10
 39/24
says [7]  14/4 20/15 22/19 36/5 42/11 50/3
 52/5
science [1]  50/25
scope [2]  37/7 49/23
seated [1]  33/10
second [6]  5/19 18/6 27/16 32/7 49/18
 50/22
secondly [1]  50/4
security [1]  41/10
see [10]  4/9 8/15 17/1 21/3 22/24 32/9 43/10

43/22 51/22 55/16
seeing [1]  21/4
seek [4]  27/12 31/10 31/21 42/1
seeking [2]  14/4 47/25
seemed [1]  25/14
seems [2]  13/1 21/16
seen [1]  37/8
sees [1]  29/21
selected [2]  6/20 33/8
selling [7]  41/11 41/14 42/13 42/25 43/14
 43/25 49/5
send [8]  5/7 5/7 5/15 28/5 53/5 53/6 53/8
 53/13
sending [2]  5/1 50/24
sense [2]  26/22 28/16
sent [13]  4/17 4/22 5/3 6/11 45/2 46/4 46/8
 47/4 47/7 53/11 53/16 53/25 54/1
sentence [3]  13/16 13/17 48/1
sequestration [1]  9/3
session [2]  22/13 22/14
set [1]  14/15
several [2]  6/18 6/19
severe [1]  31/11
severity [1]  14/23
shake [1]  14/23
share [1]  19/5
shared [1]  14/19
sharp [1]  25/15
sharp-tongued [1]  25/15
she [39]  5/21 5/21 7/23 7/23 7/24 8/5 8/7
 8/10 8/10 10/11 10/12 10/16 10/16 10/17
 10/18 14/19 24/10 24/11 25/17 25/18 31/2
 31/5 34/25 35/5 35/8 35/10 35/11 36/5 36/6
 36/6 39/24 39/24 41/22 42/1 47/4 50/8 52/5
 52/5 52/8
she's [1]  14/20
short [1]  34/18
should [9]  6/8 14/18 15/5 18/4 20/2 23/7
 29/23 31/20 42/1
shouldn't [1]  34/25 47/7
show [6]  39/15 39/24 40/21 40/25 44/18
 53/25
side [2]  55/5 55/6
sidebar [4]  16/17 18/3 51/17 51/21
sides [1]  34/5
sign [5]  54/20 54/21 54/22 54/24 54/25
significant [1]  23/15
simple [1]  27/5
simply [1]  50/23
since [3]  9/8 9/9 12/14
sincere [1]  14/7
sir [1]  55/8
sit [2]  17/4 47/10
situation [1]  14/24
situations [1]  20/10
six [3]  10/11 44/5 44/7
slightly [1]  15/19
snooty [2]  5/15 28/5
so [73]
solution [1]  31/21
some [24]  8/8 8/16 8/23 11/5 12/22 13/1
 14/12 14/25 16/4 17/2 19/4 20/12 20/16
 28/7 31/4 32/11 35/9 36/9 45/2 48/7 49/2
 49/15 50/23 51/13
somebody [2]  22/20 29/4
somehow [1]  23/5
someone [6]  15/21 17/17 21/25 22/15 26/14

34/12
something [9]  23/14 29/23 33/24 34/17 46/8
 46/15 47/13 48/7 54/24
sometimes [2]  33/22 37/16
somewhere [2]  17/20 47/15
sorry [1]  17/21
sort [5]  11/20 13/2 14/12 16/4 35/9
sought [1]  31/14
SOUTHERN [1]  1/2
Spanish [4]  22/4 39/3 39/17 39/19
speak [3]  3/16 17/22 22/4
speaking [2]  20/20 43/24
speaks [1]  22/8
special [9]  9/7 12/6 23/24 35/13 35/16
 35/20 35/23 35/25 50/6
specific [6]  6/24 31/24 37/1 50/12 51/1
 54/16
specifically [5]  8/19 11/17 24/25 29/19
 31/15
speed [1]  6/10
spends [1]  33/3
split [1]  29/9
splitting [1]  11/6
staff [1]  40/21
stake [1]  20/5
stand [3]  11/9 37/23 43/9
standard [1]  34/7
standing [1]  34/12
start [5]  26/21 32/9 32/11 43/12 48/16
started [7]  4/7 6/17 10/19 13/1 30/25 30/25
 52/24
starts [1]  31/9
stated [4]  4/17 34/11 41/7 41/18
statement [4]  21/6 23/20 23/22 31/16
STATES [26]  1/2 1/6 1/14 3/2 3/4 4/16 4/20
 7/5 9/20 9/23 10/23 13/22 14/5 16/4 20/21
 23/15 34/14 34/15 41/23 42/10 47/11 49/22
 50/12 50/15 55/5 55/23
stating [1]  42/9
stationed [2]  8/24 12/19
step [2]  32/16 55/8
still [4]  33/3 34/18 38/1 48/22
stipend [1]  15/8
stop [1]  47/14
Street [2]  1/19 2/4
strong [1]  51/5
stronger [1]  32/22
stuck [2]  8/10 35/4
stuff [4]  6/1 8/3 36/21 37/23
subsequent [2]  28/1 48/3
substantial [3]  16/25 20/1 43/15
substantiate [1]  42/24
such [3]  11/11 12/25 23/2
sufficient [1]  32/14
suggests [3]  26/18 49/1 49/2
Suite [1]  1/23 2/4 55/24
summarized [1]  18/10
Sunday [16]  9/25 9/25 10/9 10/18 10/21
 21/12 21/15 21/22 22/1 22/18 22/22 23/11
 24/2 35/20 36/1 36/1
supervisors [1]  11/14
support [2]  4/21 27/22
supported [1]  23/13
supposed [3]  41/15 45/8 52/4
suppress [11]  16/1 16/9 17/8 18/2 18/19
 18/25 19/20 32/19 33/11 34/1 55/13
Supreme [1]  30/22

**S**

sure [7]  20/4 20/7 20/12 30/18 39/8 45/8
 47/8
surveillance [3]  53/10 53/14 53/15
sworn [1]  8/1
system [2]  54/17 54/18

**T**

table [1]  24/21
take [11]  6/20 20/10 20/12 28/6 29/24 39/25
 46/25 47/19 47/21 49/17 50/25
taken [2]  33/24 49/12
talk [4]  11/6 13/13 36/25 38/22
talked [2]  5/20 37/8
talking [12]  6/1 6/4 6/5 7/22 37/10 38/6
 38/7 38/8 38/18 38/19 42/16 43/14
task [1]  50/6
teach [1]  31/18
team [6]  12/12 11/15 11/21 12/2 12/4 48/1
technically [2]  23/5 33/1
tell [24]  5/12 8/2 9/22 10/5 13/4 15/21 15/24
 16/17 17/4 17/21 18/3 19/1 23/7 23/8 24/19
 28/3 34/5 36/3 37/7 37/9 37/11 37/12 37/13
 44/6
telling [5]  14/5 14/7 38/5 38/6 40/2
ten [4]  13/17 20/22 22/3 28/25
tens [1]  14/10
terms [2]  31/8 45/9
testified [6]  8/13 10/13 24/16 42/17 42/20
 50/2
testifies [2]  7/4 13/5
testify [2]  5/7 44/8
testifying [1]  10/12
testimony [7]  29/18 41/11 41/14 42/13
 42/25 43/15 46/21
than [8]  19/13 25/18 28/25 30/11 34/4 38/3
 44/7 53/15
Thank [6]  28/8 34/21 41/5 55/8 55/10 55/15
that [316]
that's [31]  11/7 12/9 12/20 13/9 14/3 14/14
 14/23 18/5 18/21 24/19 25/2 26/8 26/10
 27/14 28/14 30/5 31/23 33/14 33/17 33/20
 35/3 37/5 37/14 37/20 39/25 43/4 43/11
 43/15 43/17 49/8 55/7
their [21]  8/9 11/14 11/14 11/24 13/3 13/3
 14/14 15/9 20/13 33/7 39/4 41/17 41/18
 42/22 42/22 42/24 45/10 45/12 46/20 49/23
 54/23
them [57]
then [31]  5/8 5/11 5/12 6/17 6/23 7/3 7/17
 7/24 8/2 8/6 8/11 8/21 9/22 10/1 10/17 11/4
 13/20 16/12 17/13 28/3 32/15 36/16 37/22
 37/25 38/13 41/1 42/2 43/4 46/4 49/12
 49/18
theory [2]  5/13 28/3
there [67]
thereafter [2]  4/19 6/16
these [55]  4/21 5/25 6/2 8/23 8/25 9/15 9/16
 9/19 10/10 10/10 10/11 11/21 12/10 12/10
 12/11 12/13 12/19 13/15 15/8 17/23 17/24
 17/25 18/5 20/1 20/12 23/12 23/15 26/12
 27/23 29/3 36/9 37/3 37/15 38/8 39/24
 41/10 42/11 42/22 42/24 43/13 46/7 47/13
 47/19 48/11 48/11 48/14 48/16 48/25 49/2
 49/8 49/10 50/6 53/1 54/13 54/15
they [116]

they've [1]  39/23
thing [8]  7/18 16/10 18/2 23/3 29/12 29/20
 38/20 43/4
things [6]  4/13 7/11 30/19 36/9 36/19 43/8
think [25]  5/16 7/18 8/21 8/22 15/18 16/16
 17/14 18/4 18/9 18/11 19/17 26/15 27/14
 28/22 32/16 33/25 34/15 46/12 47/21 49/22
 49/24 50/1 51/7 52/15 54/13
thinks [1]  31/5
this [164]
thorough [1]  44/25
those [12]  7/9 16/8 19/17 20/10 39/3 39/12
 39/17 46/17 53/11 53/21 54/3 54/14
though [2]  8/25 18/8
thought [3]  5/9 28/21 42/4
thousands [1]  16/7
three [13]  4/7 12/13 13/4 22/14 26/14 28/22
 37/5 38/9 45/5 49/20 50/3 53/13 53/14
three-year [1]  38/9
through [3]  22/4 23/13 23/24
throughout [1]  20/9
throw [2]  23/10 25/11
time [26]  5/5 6/15 7/13 10/18 17/19 17/19
 18/21 22/10 25/16 25/21 29/6 30/8 31/4
 32/11 33/11 35/18 36/24 43/6 45/9 47/23
 47/23 49/11 49/15 49/21 50/23 54/23
timeline [1]  11/4
times [5]  4/7 16/18 28/22 28/25 42/14
tip [2]  37/1 37/1
today [4]  31/1 46/11 46/13 52/8
together [1]  44/10
told [30]  5/11 7/15 8/12 8/18 10/21 10/21
 12/13 12/16 18/13 22/1 22/11 22/23 23/11
 23/12 23/18 24/19 25/4 25/9 27/1 29/3
 29/24 36/6 36/20 38/3 42/1 44/8 44/16 45/4
 45/6 46/4
tomorrow [6]  23/20 29/5 51/15 51/22 54/9
 55/17
ton [1]  13/8
tone [4]  25/8 25/20 26/17 27/14
tongued [1]  25/15
took [1]  12/3
Torbert [6]  8/11 8/13 8/18 8/25 29/4 29/6
total [1]  14/1
totally [2]  11/23 11/23
touch [3]  10/23 10/24 10/24
traded [2]  19/16 25/13
traded barbs [1]  25/13
transaction [1]  44/20
transcript [3]  1/13 8/14 10/4
transcription [1]  55/21
translated [1]  22/11
treaties [1]  36/19
trial [24]  1/9 1/13 3/18 6/17 7/25 10/19
 13/16 13/18 13/19 16/9 16/23 18/1 18/18
 19/3 21/3 25/21 32/2 33/16 37/22 41/16
 42/17 43/18 44/11 51/5
tried [2]  26/21 42/2
true [3]  18/23 20/15 47/3
trying [15]  5/8 5/9 5/24 6/9 10/11 12/9 14/6
 14/7 14/21 15/24 25/10 26/22 29/9 39/8
 52/17
Tuesday [9]  7/3 7/20 7/25 8/4 8/5 8/11
 10/16 10/17 27/1
tug [1]  51/4
Turke [18]  9/7 9/24 10/5 10/9 12/13 19/9
 21/24 22/14 22/17 23/24 24/22 35/13 35/16

 35/20 35/23 35/25 52/16 52/21
Turke's [1]  29/17
turn [6]  4/24 6/8 28/11 40/6 40/10 40/13
turned [6]  39/21 39/24 40/20 40/22 40/25
 43/5
twice [1]  4/7
two [28]  7/9 8/25 13/14 13/22 20/12 21/20
 21/25 22/21 28/24 29/17 35/3 41/7 41/10
 41/12 41/22 42/11 42/14 42/22 43/13 43/16
 44/10 44/10 45/5 48/15 48/16 50/5 53/12
 53/13
two feet [1]  35/3

**U**

U.S [10]  1/18 2/3 3/6 4/11 33/4 47/22 53/6
 53/7 53/9 55/23
U.S.A [1]  48/1
ugly [1]  25/17
ultimately [1]  47/12
unacceptable [1]  14/14
under [9]  5/13 9/2 13/12 14/22 18/12 23/10
 25/11 28/3 42/4
underhanded [1]  11/25
understand [9]  21/5 28/18 29/21 35/4 36/2
 36/8 39/15 50/20 51/4
understandable [1]  30/1
understanding [1]  38/20
understands [1]  39/9
understatement [2]  49/20 51/14
unidentified [1]  16/12
UNITED [26]  1/2 1/6 1/14 3/2 3/4 4/16
 4/20 7/5 9/20 9/23 10/23 13/22 14/5 16/4
 20/21 23/15 34/13 34/15 41/23 42/10 47/11
 49/22 50/12 50/14 55/5 55/23
units [6]  9/17 9/19 23/13 23/15 38/8 50/6
until [3]  23/18 29/4 44/11
up [14]  4/15 6/10 6/20 10/3 13/18 13/19
 24/5 24/6 29/8 32/16 33/2 46/12 50/24 53/6
upon [7]  6/25 13/21 16/2 17/8 37/14 37/24
 53/16
upstairs [2]  20/25 27/1
urging [1]  31/10
us [12]  5/19 6/10 19/19 24/7 24/12 30/13
 30/16 30/17 47/5 48/4 49/9 53/5
use [8]  13/8 22/22 26/1 26/2 30/8 33/1 33/2
 50/6
used [4]  7/11 9/17 31/25 41/15
using [1]  13/4
utilized [1]  12/14

**V**

venial [1]  25/14
venture [8]  16/2 16/3 17/8 32/18 32/22 34/6
 34/8 35/2
verbatim [2]  4/10 6/11
versus [2]  3/3 32/23
very [14]  9/17 12/6 12/7 13/16 18/10 19/2
 19/10 19/12 31/24 34/10 34/11 37/25 51/3
 55/8
vetted [5]  4/12 9/17 9/19 13/2 38/8
violation [1]  31/19
violations [1]  31/9

**W**

walking [1]  3/16
want [29]  5/11 10/23 10/25 11/1 12/1 12/21
 13/7 13/7 13/13 13/17 15/4 15/7 16/16 18/3

# W

want... [15]  20/7 26/18 28/2 33/3 36/13
36/25 37/21 38/1 39/8 39/14 39/25 46/17
48/9 48/11 50/7
wanted [1]  47/9
wants [2]  10/24 23/8
was [128]
wasn't [8]  6/1 10/21 10/21 11/24 22/9 25/16
43/21 45/12
watch [2]  13/21 20/6
way [7]  10/15 14/23 25/14 25/15 26/2 33/2
48/16
ways [2]  13/14 33/23
we [135]
we've [1]  14/18
wear [2]  42/23 49/1
week [3]  12/11 12/12 28/18
weekend [1]  22/5
weekly [4]  7/9 19/11 19/17 38/8
weeks [3]  10/11 37/4 37/5
WEINER [1]  1/21
well [15]  3/18 9/22 11/7 17/17 17/21 18/10
19/6 22/18 31/7 35/12 36/23 42/19 44/20
52/20 54/14
well-being [1]  17/17
went [4]  11/14 23/17 33/18 48/14
were [39]  5/3 6/18 8/24 8/25 9/4 11/13
11/15 13/15 13/22 18/13 18/18 18/20 19/11
19/15 19/16 25/3 25/4 25/14 30/4 30/14
30/14 34/3 34/8 35/14 35/18 39/10 41/7
41/8 41/14 44/3 46/18 47/22 49/1 49/24
52/8 52/9 52/13 52/21 53/1
what [73]
what's [1]  33/14
whatever [4]  13/8 15/7 49/24 50/6
when [42]  3/21 5/7 7/14 7/16 7/21 8/7 9/1
9/22 10/1 10/16 10/22 10/23 10/25 11/1
11/8 13/3 13/3 13/5 15/21 16/20 19/8 19/9
21/7 21/10 21/13 24/24 27/19 30/17 30/19
35/18 35/20 36/5 39/23 43/16 45/5 45/11
45/14 48/2 48/3 52/22 52/23 53/19
where [12]  3/12 6/5 6/24 18/18 20/1 23/23
37/17 37/18 47/5 54/1 54/20 54/24
whether [19]  6/8 11/5 12/21 12/24 18/18
21/25 25/3 26/5 28/10 30/6 30/23 32/10
32/20 32/22 32/25 34/7 47/12 49/4 54/12
which [28]  4/2 4/9 6/8 7/12 7/12 13/1 14/2
18/22 20/13 20/15 26/2 26/20 27/18 29/5
29/16 31/5 31/16 35/24 36/5 36/15 41/7
42/7 43/24 44/12 45/2 45/24 47/4 53/5
while [3]  30/14 34/15 44/3
white [1]  36/12
who [39]  5/1 5/5 5/17 5/22 8/12 9/7 9/8 9/14
10/13 11/17 17/1 20/20 21/21 22/1 22/4
23/6 23/19 24/8 24/15 34/12 35/22 41/7
42/5 42/20 43/13 44/1 44/21 45/7 47/3
47/18 47/24 48/17 48/20 48/25 49/5
50/2 50/9 52/12
whole [1]  31/17
why [24]  5/12 6/6 8/2 11/8 11/19 13/9 14/2
14/18 15/4 18/5 23/4 23/10 25/7 25/8 26/20
28/3 28/15 29/10 29/11 30/3 36/21 36/23
47/10 50/1
Wilkie [1]  55/23
will [32]  3/10 5/7 5/14 6/2 11/1 11/2 11/2
11/3 14/11 14/12 14/13 14/14 16/17 18/3

19/3 19/18 20/22 28/4 30/6 34/5 36/3 37/23
39/2 40/21 41/9 44/13 49/18 51/7 51/15
51/20 51/22 51/24
willing [4]  4/24 23/4 42/23 49/1
WINER [4]  1/8 3/3 3/8 41/16
wire [2]  42/23 49/1
wires [1]  16/6
wiretap [9]  10/14 16/6 16/10 17/9 18/14
19/2 19/11 19/19 19/13 34/13
wiretaps [2]  16/1 16/9
wished [1]  33/12
withdrew [1]  44/23
within [5]  11/24 30/7 34/14 45/5 50/19
without [7]  9/18 20/14 26/3 29/23 42/9
46/18 47/2
witness [11]  8/9 15/15 21/10 21/14 21/20
37/8 37/12 46/16 46/17 49/4 50/2
witnesses [12]  16/22 16/23 17/10 17/25
25/21 41/13 42/16 42/22 43/16 44/15 44/17
49/8
won't [1]  44/22
WOOD [4]  1/18 3/5 24/20 24/20
word [6]  9/17 10/4 21/6 22/22 22/25 46/25
words [1]  4/5
work [3]  12/2 16/20 39/9
working [6]  7/7 9/9 15/8 22/4 22/20 25/21
works [1]  38/9
worried [1]  17/17
worth [1]  30/19
would [45]  4/9 6/20 11/11 15/14 15/16
15/21 16/15 18/24 20/24 24/1 25/18 25/24
26/3 26/4 27/12 30/5 30/11 30/18 30/19
30/24 32/3 32/15 32/15 33/22 34/4 37/11
37/13 42/23 43/2 45/3 45/10 45/17 45/17
46/12 46/15 48/12 49/12 50/22 51/14 51/16
52/15 53/13 53/24 54/9 54/12
write [3]  25/10 47/10 53/4
writing [3]  6/12 39/11 46/8
written [9]  6/15 38/21 43/7 43/21 48/3 48/4
52/13 53/2 53/4
wrong [5]  12/5 15/19 23/9 25/19 44/24
wrote [9]  5/17 5/18 41/23 44/1 44/21 47/3
47/23 47/24 48/20

# Y

Yeah [1]  13/6
year [6]  13/17 13/19 16/21 28/20 30/16
38/9
year's [1]  30/19
years [8]  7/9 12/13 13/5 20/2 28/24 29/2
37/5 50/5
yes [21]  3/25 6/22 9/12 11/13 18/24 24/3
24/14 24/17 27/18 34/23 35/16 39/20 40/5
40/14 40/23 46/23 51/12 52/25 53/19 54/11
55/14
yesterday [10]  15/25 20/25 22/25 23/5
28/21 38/14 42/6 43/1 45/24 45/25
yesterday's [3]  3/17 8/14 30/25
yet [1]  34/1
you [192]
you've [1]  14/16
your [95]
yourself [1]  8/15

# Z

zero [1]  38/10